# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, et al., <br>     *Plaintiffs* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br>     *Defendants*. | Case No. 1:25-cv-00943 |

## CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Pursuant to LCvR 26.1 of the Local Rules of this Court, I, the undersigned, counsel of record for Plaintiffs Coalition for Humane Immigrant Rights, United Farm Workers of America, CASA, Inc., and Make the Road New York, certify that to the best of my knowledge and belief, none of the aforementioned Plaintiffs has any parent companies, subsidiaries, or affiliates owning outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: March 31, 2025

Respectfully submitted,

*/s/ Emma Winger*
Emma Winger (DC Bar No. 90010721)
American Immigration Council
PMB2026
2001 L Street, NW, Suite 500
Washington, DC 20036
Tel: (202) 507-7645