AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Coalition for Humane Immigrant Rights, et al | ) |
| *Plaintiff* | ) |
| v. | ) |
| U.S. Department of Homeland Security, et al | ) |
| *Defendant* | ) |

Case No.    1:25-cv-00943-TNM

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Department of Homeland Security, et al                                                    .

Date:       04/01/2025

/s/ Ernesto H. Molina
*Attorney's signature*

Ernesto H. Molina (CA181304)
*Printed name and bar number*

Po BOX 878
Ben Franklin Station
Washington, DC 20044

*Address*

Ernesto.H.Molina@usdoj.gov
*E-mail address*

(202) 616-9344
*Telephone number*

*FAX number*