AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00943-TNM |
| U.S. DEPARTMENT OF HOMELAND SECURITY et a ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COALITION FOR HUMANE IMMIGRANT RIGHTS, UNITED FARM WORKERS OF AMERICA, CASA, INC., .

Date: 04/02/2025

/s/SarahT.Gillman
*Attorney's signature*

Sarah T. Gillman (DDC Bar No. NY0316)
*Printed name and bar number*
Robert F. Kennedy Human Rights
88 Pine Street, Suite 801
New York, NY 10005

*Address*

gillman@rfkhumanrights.org
*E-mail address*

(646) 289-5593
*Telephone number*

(202) 301-2863
*FAX number*