UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,<br><br>　　　Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　Defendants. | Case No. 1:25-cv-00943-TNM |

**MOTION FOR *PRO HAC VICE* ADMISSION OF MICHELLE LAPOINTE**

Chris Opila of the American Immigration Council hereby moves this Court, pursuant to LCvR 83.2(e)(2), for entry of an order permitting Michelle Lapointe to appear *pro hac vice* before this Court in the above-captioned matter as an additional counsel of record for Plaintiffs. In support of this motion, the Declaration of Michelle Lapointe is attached as Exhibit A. Ms. Lapointe has a pending application for admission to this Court.

Undersigned counsel respectfully requests that this Court grant the motion and enter an Order for admission of Michelle Lapointe *pro hac vice* in the above-captioned case.

Date: April 2, 2025

Respectfully submitted,

/s/ Chris Opila
Christopher ("Chris") Opila (D.C. Bar. 90029724)
AMERICAN IMMIGRATION COUNCIL
PMB2026
2001 L Street, NW, Suite 500
Washington DC 20036
Tel: (202) 507-7699
copila@immcouncil.org
*Attorney for Plaintiffs*