UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, et al.,<br><br>Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 1:25-cv-00943 |

**MOTION FOR *PRO HAC VICE* ADMISSION OF ANTHONY ENRIQUEZ**

Sarah T. Gillman of RFK Human Rights hereby moves this Court, pursuant to LCvR 83.2(e)(2), for entry of an order permitting Anthony Enriquez to appear *pro hac vice* before this Court in the above-captioned matter as an additional counsel of record for Plaintiffs. In support of this motion, the Declaration of Anthony Enriquez is attached as Exhibit A. Mr. Enriquez has a pending application for admission to this Court.

Undersigned counsel respectfully requests that this Court grant the motion and enter an Order for admission of Anthony Enriquez *pro hac vice* in the above-captioned case.

Dated: April 2, 2025
New York, NY

Respectfully submitted,

/s/ Sarah T. Gillman
Sarah T. Gillman (DDC Bar No. NY0316)
Robert F. Kennedy Human Rights
88 Pine Street, Suite 801
New York, NY 10005
(646) 289-5593

*Attorney for Plaintiffs*