# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, et al., | ) | Case No. 1:25-cv-00943 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ANTHONY ENRIQUEZ *PRO HAC VICE*

UPON CONSIDERATION of the Motion for Admission *Pro Hac Vice* of Anthony Enriquez, together with the papers submitted in support thereof, the Court HEREBY ORDERS:

The Motion for Admission Pro Hac Vice of Anthony Enriquez is GRANTED, and Anthony Enriquez is admitted pro hac vice as to the United States District Court for the District of Columbia as counsel for Plaintiffs in the above-captioned case.

It is SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Trevor N. McFadden
United States District Judge