UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.,* )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.,* )<br>)<br>    Defendants. ) | Case No. 1:25-cv-00943-TNM |

**PLAINTIFFS' MOTION TO PROVIDE REMOTE
PUBLIC TELEPHONIC ACCESS TO COURTROOM FOR APRIL 8, 2025 HEARING**

Plaintiffs request that the Court authorize an audio-only call-in line for the upcoming April 8, 2025 hearing on Plaintiffs' motion for a stay of effective date under 5 U.S.C. § 705, or in the alternative, preliminary injunction, of the Interim Final Rule titled *Alien Registration Form and Evidence of Registration*, 90 Fed. Reg. 11793 (March 12, 2025) (the "IFR"). Defendants seek to enforce the IFR on April 11, 2025.

Plaintiffs Coalition for Humane Immigrant Rights, United Farm Workers of America, CASA, Inc., and Make the Road New York are membership-based organizations of noncitizens and individuals in mixed status families across the country. A teleconference line would allow access by Plaintiffs' members, and other members of the public interested in this hearing concerning the IFR, for whom in-person attendance may not be feasible.

A Standing Order of this Court provides that "the presiding judge may authorize" a call-in line for the public and members of the media in a non-trial civil proceeding. U.S. Dist. Ct. for the Dist. of Columbia, Public Access Teleconference Information, https://www.dcd.uscourts.gov/public-access-teleconference-information; *In re: Prohibition on Photographing, Recording, Broadcasting, and Livestreaming Judicial Proceedings*, Standing

1

Order 24-31 (JEB), ¶ 2 (Sept. 18, 2024),

https://www.dcd.uscourts.gov/sites/dcd/files/Standing%20Order%20No.%2024-31_001.pdf.

Leslie K. Dellon, attorney for Plaintiffs, conferred with attorneys for all Defendants, *see* LCvR 7(m). Assistant U.S. Attorney Kartik Venguswamy responded that Defendants take no position with respect to Plaintiffs' motion.

Dated: April 4, 2025

Respectfully submitted,

*/s/ Leslie K. Dellon*

Lynn Damiano Pearson*
Cassandra Charles*
Joanna Cuevas Ingram*
National Immigration Law Center
P.O. Box 34573
Washington, D.C. 20043
Tel: (213) 639-3900
Fax: (213) 639-3911
damianopearson@nilc.org
charles@nilc.org
cuevasingram@nilc.org

Nicholas Espiritu*
National Immigration Law Center
3450 Wilshire Blvd. No. 108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
espiritu@nilc.org

Jennifer R. Coberly (DC Bar No. 90031302)
(admission pending)*
American Immigration Lawyers Association
1331 G St. NW
Washington DC 20005
Tel: (202) 507-7692
Jcoberly@AILA.org

Leslie K. Dellon (DC Bar No. 250316)
Emma Winger (DC Bar No. 90010721)
Michelle Lapointe (DC Bar No. 90032063)
   (admission pending)*

Chris Opila (DC Bar No. 90029724)
American Immigration Council
PMB2026
2001 L Street, NW, Suite 500
Washington, DC 20036
Tel: (202) 507-7530 (Dellon)
ldellon@immcouncil.org
ewinger@immcouncil.org
mlapointe@immcouncil.org
copila@immcouncil.org

Cody Wofsy (DDC Bar No. CA00103)
Stephen B. Kang (DDC Bar No. CA00090)
American Civil Liberties Union Foundation,
Immigrants' Rights Project
425 California St, 7th Floor
San Francisco, CA 94104
Tel: (415) 343-0770
cwofsy@aclu.org
skang@aclu.org

| | |
|---|---|
| Nicholas Katz* <br> CASA, Inc. <br> 8151 15th Avenue <br> Hyattsville, MD 20783 <br> Tel: (240) 491-5743 <br> nkatz@wearecasa.org | Anthony Enriquez* (NY Bar No. 5211404) <br> Sarah T. Gillman (DDC Bar No. NY0316) <br> Robert F. Kennedy Human Rights <br> 88 Pine Street, Suite 801 <br> New York, NY 10005 <br> (917) 284-6355 <br> enriquez@rfkhumanrights.org <br> gillman@rfkhumanrights.org <br> <br> Sarah E. Decker (DDC Bar No. NY0566) <br> Robert F. Kennedy Human Rights <br> 1300 19th Street NW, Suite 750 <br> Washington, DC 20036 <br> (202) 559-4432 <br> decker@rfkhumanights.org <br> <br> *Attorneys for Plaintiffs Coalition for Humane Immigrant Rights, United Farmworkers of America, Casa, Inc., Make the Road New York* |

*Application for pro hac vice admission forthcoming or filed