UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>       Defendants. | Case No. 1:25-cv-00943-TNM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROVIDE REMOTE PUBLIC TELEPHONIC ACCESS TO COURTROOM AUDIO FOR APRIL 8, 2025 HEARING**

Plaintiffs filed a motion requesting that the Court authorize an audio-only call-in line for a hearing on Plaintiffs' motion for a stay of effective date under 5 U.S.C. § 705, or in the alternative, preliminary injunction in this case, to be held before the Court on April 8, 2025. Upon consideration of the motion, and any other materials properly before the Court, it is hereby **ORDERED** that Plaintiffs' Motion to Provide Remote Public Telephonic Access to Courtroom Audio for April 8, 2025 Hearing is **GRANTED**, and a designated call-in line will be available for the proceeding.

Dated: April ___, 2025

_____
The Honorable Trevor N. McFadden
United States District Judge