AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Coalition for Humane Immigrant Rights, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00943-TNM |
| U.S. Department of Homeland Security, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs, Coalition for Humane Immigrant Rights, et al.

Date:    04/04/2025

s/ Michelle Lapointe
*Attorney's signature*

Michelle Lapointe (DC Bar No. 90032063)
*Printed name and bar number*

American Immigration Council
PMB2026
2001 L Street, NW, Suite 500
Washington, DC 20036
*Address*

mlapointe@immcouncil.org
*E-mail address*

(202) 507-7645
*Telephone number*

*FAX number*