UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al,*<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY*, et al,*<br><br>    Defendants. | Civil Action No. 1:25-cv-00943 (TNM) |

### Notice of Appearance

The Clerk of the Court will please enter the appearance of ***Kartik N. Venguswamy***, Assistant United States Attorney, as counsel of record for all Defendants in the above-captioned case.

Dated: April 4, 2025                        Respectfully submitted,

                            /s/ Kartik N. Venguswamy
                            **Kartik N. Venguswamy**
                            Assistant United States Attorney
                            D.C. Bar No. 983326

                            U.S. Attorney's Office
                            601 D Street, N.W.
                            Washington, D.C. 20530
                            Tel: (202) 252-1790
                            kartik.venguswamy@usdoj.gov

                            **Counsel for Defendants**