AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Coalition for Humane Immigrant Rights, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00943-TNM |
| U. S Department of Homeland Security, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs, Coalition for Humane Immigrant Rights, et al.

Date: 04/04/2025

/s/ Jennifer Coberly
*Attorney's signature*

Jennifer R. Coberly (DC Bar No. 90031302)
*Printed name and bar number*

American Immigration Lawyers Association
1331 G Street NW, Suite 300
Washington, DC 20005
*Address*

jcoberly@aila.org
*E-mail address*

(202) 507-7692
*Telephone number*

*FAX number*