IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* <br><br> Defendants. | Case No. 1:25-cv-00943-TNM |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF JOANNA ELISE CUEVAS INGRAM PRO HAC VICE**

UPON CONSIDERATION of the Motion for Admission Pro Hac Vice of Joanna Elise Cuevas Ingram, together with the papers submitted in support thereof, the Court HEREBY ORDERS:

The Motion for Admission Pro Hac Vice of Joanna Elise Cuevas Ingram is GRANTED, and Joanna Elise Cuevas Ingram is admitted pro hac vice to the United States District Court for the District of Columbia in the above-captioned case.

It is SO ORDEREED this _____ day of _____, 2025.

_____
The Honorable Trevor N. McFadden
United States District Judge