IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* <br><br> Defendants. | Case No. 1:25-cv-00943-TNM |

**MOTION FOR ADMISSION *PRO HAC VICE* OF CASSANDRA CHARLES**

Chris Opila of the American Immigration Council (the "Movant") hereby moves this Court, pursuant to Local Rule 83.2(e), for entry of an order permitting Cassandra Charles of the National Immigration Law Center to appear *pro hac vice* before this Court in the above-captioned matter as an additional counsel of record for Plaintiffs. In support of this motion, the Movant attaches the Declaration of Cassandra Charles as Exhibit A, a Certificate of Good Standing from the Appellate Division of the New York Supreme Court, and a proposed order.

Undersigned counsel respectfully requests that the Court grant this motion and enter an Order for admission of Cassandra Charles *pro hac vice* in the above-captioned case.

Dated: April 7, 2025

Respectfully submitted,

*/s/Chris Opila*
Christopher "Chris" Opila (D.C. Bar No. 90029724)
AMERICAN IMMIGRATION COUNCIL
PMB2026
2001 L Street N.W., Suite 500
Washington, D.C. 20036
Tel: 202-507-7699
copila@immcouncil.org
*Attorney for Plaintiffs*