IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* <br><br> Defendants. | Case No. 1:25-cv-00943-TNM |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF CASSANDRA CHARLES *PRO HAC VICE***

UPON CONSIDERATION of the Motion for Admission *Pro Hac Vice* of Cassandra Charles, together with the papers submitted in support thereof, the Court HEREBY ORDERS:

The Motion for Admission *Pro Hac Vice* of Cassandra Charles is GRANTED, and Cassandra Charles is admitted *pro hac vice* to the United States District Court for the District of Columbia in the above-captioned case.

It is SO ORDEREED this _____ day of _____, 2025.

_____
The Honorable Trevor N. McFadden
United States District Judge