AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Coalition for Humane Immigrant Rights, et al., )<br>Plaintiff )<br>v. )<br>U.S. Department of Homeland Security, et al., )<br>Defendant ) | Case No.  1:25-cv-00943-TNM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plantiffs, Coalition for Humane Immigrant Rights, et al.

Date: 04/08/2025

/s/ Joanna Elise Cuevas Ingram
*Attorney's signature*

Joanna Elise Cuevas Ingram (NY #5354386)
*Printed name and bar number*

NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, DC 20043
*Address*

cuevasingram@nilc.org
*E-mail address*

(213) 377-5258
*Telephone number*

(213) 639-3911
*FAX number*