AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Coalition for Humane Immigrant Rights, et al., )<br>*Plaintiff* )<br>v. )<br>U.S. Department of Homeland Security, et al., )<br>*Defendant* ) | Case No.   1:25-cv-00943-TNM |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs, Coalition for Humane Immigrant Rights, et al.                                                  .

Date:    04/08/2025

/s/ Cassandra Charles
*Attorney's signature*

Cassandra Charles (NY Bar #: 5540133)
*Printed name and bar number*

NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, DC 20043
*Address*

charles@nilc.org
*E-mail address*

(213) 639-3900
*Telephone number*

(213) 639-3911
*FAX number*

Print    Save As...    Reset