AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Coalition for Humane Immigrant Rights, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00943-TNM |
| U.S. Department of Homeland Security, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plantiffs, Coalition for Humane Immigrant Rights, et al.

Date: 04/08/2025

/s/ Lynn Margo Damiano Pearson
*Attorney's signature*

Lynn Margo Damiano Pearson (GA # 311108)
*Printed name and bar number*

NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, DC 20043
*Address*

damianopearson@nilc.org
*E-mail address*

(213) 639-3900
*Telephone number*

(213) 639-3911
*FAX number*