UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, et al.,<br>　　　　*Plaintiffs*<br><br>　　　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br>　　　　*Defendants*. | Case No. 1:25-cv-00943 |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

　　　　Plaintiffs respectfully submit the following supplemental authority to address a question raised by the Court at the hearing on Plaintiffs' pending motion for a stay or preliminary injunction that was unaddressed in the briefing by the parties. The Court questioned whether it had authority to consider hearsay when determining whether Plaintiffs have standing. Plaintiffs have identified members with standing with particularity and Defendants have not raised any doubt regarding the veracity of Plaintiffs' declarations. Given that the purpose of a preliminary injunction is to preserve the status quo while a case is litigated and to protect the parties from irreparable harm, "and given the haste that is often necessary if those positions are to be preserved, a preliminary injunction is customarily granted on the basis of procedures that are less formal and evidence that is less complete than in a trial on the merits." *Nat. Res. Def. Council v. Pena*, 147 F.3d 1012, 1022–23 (D.C. Cir. 1998) (quoting *Univ. of Texas v. Camenisch*, 451 U.S. 390, 395 (1981)). Consequently, courts routinely consider hearsay when granting preliminary injunctions. *See, e.g., S. Poverty L. Ctr. v. U.S. Dep't of Homeland Sec.*, No. CV 18-760 (CKK), 2020 WL 3265533, at *3 n. 2 (D.D.C. June 17, 2020) (rejecting argument not to consider "double hearsay" in preliminary injunction); *Talbott v. United States*, No. 25-CV-00240 (ACR),

1

2025 WL 842332, at *9 (D.D.C. Mar. 18, 2025); *Karem v. Trump*, 404 F. Supp. 3d 203, 215 n. 3(D.D.C. 2019), *aff'd as modified,* 960 F.3d 656 (D.C. Cir. 2020) (citing *Mullins v. City of New York*, 626 F.3d 47, 52 (2d Cir. 2010) collecting cases); *Holiday CVS, L.L.C. v. Holder*, 839 F. Supp. 2d 145, 155 (D.D.C.), *vacated and remanded as moot,* 493 F. App'x 108 (D.C. Cir. 2012).

Dated: April 8, 2025                                       Respectfully submitted,

                                                           */s/ Emma Winger*

Lynn Damiano Pearson*                                      Emma Winger (DC Bar No. 90010721)
Cassandra Charles**                                        Michelle Lapointe (DC Bar No. 90032063)*
Joanna Cuevas Ingram*                                          (admission pending)
National Immigration Law Center                            Leslie K. Dellon (DC Bar No. 250316)
P.O. Box 34573                                             Chris Opila (DC Bar No. 90029724)
Washington, D.C. 20043                                     American Immigration Council
Tel: (213) 639-3900                                        PMB2026
Fax: (213) 639-3911                                        2001 L Street, NW, Suite 500
damianopearson@nilc.org                                    Washington, DC 20036
charles@nilc.org                                           Tel: (202) 507-7645
cuevasingram@nilc.org                                      ewinger@immcouncil.org
                                                           mlapointe@immcouncil.org
                                                           ldellon@immcouncil.org
                                                           copila@immcouncil.org

Nicholas Espiritu**                                        Cody Wofsy (DDC Bar No. CA00103)
National Immigration Law Center                            Stephen B. Kang (DDC Bar No. CA00090)
3450 Wilshire Blvd. No. 108-62                             American Civil Liberties Union Foundation,
Los Angeles, CA 90010                                      Immigrants' Rights Project
Tel: (213) 639-3900                                        425 California St, 7th Floor
Fax: (213) 639-3911                                        San Francisco, CA 94104
espiritu@nilc.org                                          Tel: (415) 343-0770
                                                           cwofsy@aclu.org
                                                           skang@aclu.org

Jennifer R. Coberly (DC Bar No. 90031302)*                 Anthony Enriquez* (NY Bar No. 5211404)
    (admission pending)                                    Sarah T. Gillman (DDC Bar No. NY0316)
American Immigration Lawyers Association                   Robert F. Kennedy Human Rights
1331 G. St. NW                                             88 Pine Street, Suite 801
Washington, DC 20005                                       New York, NY 10005
Tel: (202) 507-7692                                        (917) 284-6355
Jcoberly@AILA.org                                          enriquez@rfkhumanrights.org

gillman@rfkhumanrights.org

Nicholas Katz**
CASA, Inc.
8151 15th Avenue
Hyattsville, MD 20783
Tel: (240) 491-5743
nkatz@wearecasa.org

Sarah E. Decker (DDC Bar No. NY0566)
Robert F. Kennedy Human Rights
1300 19th Street NW, Suite 750
Washington, DC 20036
(202) 559-4432
decker@rfkhumanights.org

**Admitted pro hac vice*

***Pro hac vice motion forthcoming*