# EXHIBIT A



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| | |
|---|---|
| Certified Mail Fee $4.85 | 0477 |
| $ | 02 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $2.62
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

APR – 3 2025

Postage
$ $10.10

Total Postage and Fees
$ $17.57

04/03/2025

Sent To  US DOJ

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052700281688529

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:29 am on April 8, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
April 8, 2025, 5:29 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Return Receipt Electronic** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃



9589 0710 5270 1983 0113 56

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| Certified Mail Fee | $4.85 | 0477 |
| --- | --- | --- |
| $ | $1.00 | 02 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $2.62 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | |
| Postage | | |
| $ $10.10 | | 04/03/2025 |
| Total Postage and Fees | | |
| $17.57 | | |

Sent To Pamela Bondi, USAG

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

APR - 3 2025

# USPS Tracking®

**FAQs** >

**Tracking Number:**

**Remove** ✕

## 958907105270 1983 011356

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:29 am on April 8, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
April 8, 2025, 5:29 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Return Receipt Electronic** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20528

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | |
| $ | $0.00 | 0477 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | 02 |
| ☐ Return Receipt (hardcopy) | $ $2.62 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | |
| Postage | $10.10 | |
| $ | | 04/03/2025 |
| Total Postage and Fees | | |
| $17.57 | | |

Sent To  DHS, OGC

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

**FAQs** >

Tracking Number:                                                                                        Remove ✕

## 95890710527002816688451

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:33 pm on April 11, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20528
April 11, 2025, 12:33 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

___

**Text & Email Updates**                                                                                        ⌄

___

**Return Receipt Electronic**                                                                                        ⌄

___

**USPS Tracking Plus®**                                                                                        ⌄

___

**Product Information**                                                                                        ⌄

___

**See Less** ⌃

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

9589 0710 5270 0280 6884 44

Washington, DC 20528

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | |
| | | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $10.10 | |
| Total Postage and Fees | | |
| $ $17.57 | | |

0477
02

Postmark
Here 2025

04/03/2025

Sent To   Kristi Noem, DHS

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

**FAQs** >

**Tracking Number:**                                        Remove ✕

## 9589071052700281688444

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:17 pm on April 9, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20528
April 9, 2025, 1:17 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                    ⌄

**Return Receipt Electronic**                               ⌄

**USPS Tracking Plus®**                                     ⌄

**Product Information**                                     ⌄

**See Less** ⌃



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20536

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ ____
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage $10.10

Total Postage and Fees $17.57

0477
02

Postmark
Here

APR -3 2025

04/03/2025

Sent To  Todd Lyons, ICE

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047      See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052700281688512

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:31 pm on April 7, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

WASHINGTON, DC 20536
April 7, 2025, 2:31 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                        ⌄

**Return Receipt Electronic**                                  ⌄

**USPS Tracking Plus®**                                          ⌄

**Product Information**                                             ⌄

**See Less** ⌃



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20536

Certified Mail Fee    $4.85

$                    $0.00        0477
                     $2.67        02
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00        Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required         $ $0.00        APR 3 2025
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$        $10.10

Total Postage and Fees              04/03/2025
$17.57

Sent To    ICE OPLA

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

Tracking Number:                                                                            Remove ✕

## 9589071052700281688505

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:34 pm on April 10, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20536
April 10, 2025, 12:34 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                              ⌄

**Return Receipt Electronic**                                                        ⌄

**USPS Tracking Plus®**                                                               ⌄

**Product Information**                                                               ⌄

**See Less** ⌃



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20229

| | | |
|---|---|---|
| Certified Mail Fee $4.85 | | 0477 |
| $ $0.00 | | 02 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) $ $2.82 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | Here |
| ☐ Adult Signature Required $ $0.00 | | APR - 3 2025 |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $10.10 | | 04/03/2025 |
| $ | | |
| Total Postage and Fees | | |
| $17.57 | | |
| Sent To Pete Flores, CBP | | |
| Street and Apt. No., or PO Box No. | | |
| City, State, ZIP+4® | | |

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 95890710527002816688499

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:30 pm on April 7, 2025 in WASHINGTON, DC 20229.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20229
April 7, 2025, 2:30 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| Return Receipt Electronic | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20229

Certified Mail Fee $4.85
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage
$                                    $10.10
Total Postage and Fees
$17.57

Sent To  CBP OGC
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

0477
02

Postmark
Here

04/03/2025

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

**FAQs** ›

**Tracking Number:**                                                                    **Remove** ✕

## 9589071052700281688482

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:30 pm on April 7, 2025 in WASHINGTON, DC 20229.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20229
April 7, 2025, 2:30 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Return Receipt Electronic** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

DHS, MD 20588

| Certified Mail Fee | | |
|---|---|---|
| $ | $4.85 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $2.65 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 |
| Postage | | |
| $ | $10.10 | |
| Total Postage and Fees | | |
| $ | $17.57 | |

0477
02

Postmark
Here

04/03/2025

Sent To   USCIS, DGC

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0281 6884 75

# USPS Tracking®

**FAQs** >

Tracking Number:

**Remove** ✕

## 9589071052700281688475

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:39 pm on April 10, 2025 in WASHINGTON, DC 20529.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20529
April 10, 2025, 12:39 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**Return Receipt Electronic** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less** ⌃



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

DHS, MD 20588

Certified Mail Fee $4.85

$ $0.00                                    0477
                                              02
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00        Postmark
☐ Certified Mail Restricted Delivery $ $0.00         Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $
Postage        $10.10
$
Total Postage and Fees                      04/03/2025
$17.57

Sent To   Kiki Scott USCIS
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

# USPS Tracking®

FAQs >

Tracking Number:                                                                      Remove ✕

## 9589071052700281688468

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 2:32 pm on April 7, 2025 in WASHINGTON, DC 20226.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20226
April 7, 2025, 2:32 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| Return Receipt Electronic | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

**Erika Acosta**

| | |
|---|---|
| **From:** | Emma Winger |
| **Sent:** | Thursday, April 17, 2025 12:21 PM |
| **To:** | Erika Acosta |
| **Subject:** | FW: Service of Process, Case No. 1:25-cv-00943 Coalition for Humane Immigrant Rights et al. v. Department of Homeland Security et al. |

**Emma Winger**
Pronouns: She/Her
202-507-7512 | ewinger@immcouncil.org

**American Immigration Council**
www.AmericanImmigrationCouncil.org
www.ImmigrationImpact.com

**From:** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Sent:** Saturday, April 5, 2025 5:23 PM
**To:** Emma Winger <EWinger@immcouncil.org>
**Subject:** RE: Service of Process, Case No. 1:25-cv-00943 Coalition for Humane Immigrant Rights et al. v. Department of Homeland Security et al.

Your service package has been received and accepted with a service date of April 1, 2025. Thank you.

**From:** Emma Winger
**Sent:** Tuesday, April 1, 2025 10:48 AM
**To:** USADC-ServiceCivil ; Hudak, Brian (USADC)
**Cc:** Michelle Lapointe
**Subject:** [EXTERNAL] Service of Process, Case No. 1:25-cv-00943 Coalition for Humane Immigrant Rights et al. v. Department of Homeland Security et al.

To Whom it May Concern,

Pursuant to Federal Rule of Civil Procedure 4(i)(1)(A) and your office's instructions, please accept the attached as service of process in the above-captioned case.

As mentioned yesterday evening, Plaintiffs have filed a Motion for a Stay of the Effective Date or in the Alternative, a Preliminary Injunction of the *Department of Homeland Security Interim Final Rule, Alien Registration Form and Evidence of Registration*, 90 Fed. Reg. 11793 (March 12, 2025). Plaintiffs seek expedited consideration of that motion before April 11, 2025, the effective date of the rule.

Thank you.

**Emma Winger**
*Deputy Legal Director*