# EXHIBIT A



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| Certified Mail Fee | | |
|---|---|---|
| $4.85 | | 0477 |
| $ | | 02 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $  $2.62
☐ Return Receipt (electronic)        $  $0.00       Postmark
☐ Certified Mail Restricted Delivery $  $0.00        Here
☐ Adult Signature Required           $  $0.00
☐ Adult Signature Restricted Delivery $ $0.00

APR - 3 2025

Postage
$          $10.10

Total Postage and Fees                              04/03/2025
$ $17.57

Sent To   US DOJ

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

# USPS Tracking®

**FAQs** >

**Tracking Number:**

**Remove** ✕

## 9589071052700281688529

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:29 am on April 8, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
April 8, 2025, 5:29 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| Return Receipt Electronic | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| Certified Mail Fee | | |
|---|---|---|
| $ | $4.85 | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $2.62
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage
$ $10.10

Total Postage and Fees
$ $17.57

0477
02

04/03/2025

Sent To   Pamela Bondi, USAG
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052701983011356

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:29 am on April 8, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
April 8, 2025, 5:29 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| Return Receipt Electronic | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20528

| Certified Mail Fee | $4.85 | |
| $ | | $0.00 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $2.62
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage          $10.10
$
Total Postage and Fees
$17.57

0477
02

Postmark
Here

04/03/2025

Sent To    DHS, OGC
*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

5589 0710 5270 0281 6884 51

# USPS Tracking®

**FAQs** >

**Tracking Number:**                                                                                    Remove ✕

## 95890710527002281688451

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:33 pm on April 11, 2025 in WASHINGTON,
DC 20528.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

WASHINGTON, DC 20528
April 11, 2025, 12:33 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                                                    ⌄

**Return Receipt Electronic**                                                                               ⌄

**USPS Tracking Plus®**                                                                                     ⌄

**Product Information**                                                                                     ⌄

**See Less** ⌃

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20528

0477
02

Certified Mail Fee    $4.85        $0.00

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $    $2.02
☐ Return Receipt (electronic)        $    $0.00
☐ Certified Mail Restricted Delivery $    $0.00
☐ Adult Signature Required           $    $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage    $10.10

04/03/2025

Total Postage and Fees
$17.57

Sent To    Kristi Noem, DHS

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0280 6884 44

# USPS Tracking®

**FAQs** ›

**Tracking Number:**

**Remove** ✕

## 9589071052700281688444

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:17 pm on April 9, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20528
April 9, 2025, 1:17 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates** ⌄

---

**Return Receipt Electronic** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

---

**See Less** ⌃



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20536

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | |

0477
02

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

APR -3 2025

04/03/2025

Postage $10.10

Total Postage and Fees $17.57

Sent To  Todd Lyons, ICE
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

9589 0710 5270 0281 6885 12

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

Tracking Number:                                                           Remove ✕

## 9589071052700281688512

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 2:31 pm on April 7, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**
WASHINGTON, DC 20536
April 7, 2025, 2:31 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                          ⌄

Return Receipt Electronic                                                      ⌄

USPS Tracking Plus®                                                           ⌄

Product Information                                                           ⌄

See Less ⌃



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20536

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | |
| $ | $0.00 | 0477 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.67 | 02 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | APR 3 2025 |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $10.10 | |
| $ | | 04/03/2025 |
| Total Postage and Fees | | |
| $17.57 | | |

Sent To    ICE OPLA

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0281 6885 05

# USPS Tracking®

FAQs ›

**Tracking Number:**                                                          Remove ✕

## 95890710527002B1688505

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:34 pm on April 10, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20536
April 10, 2025, 12:34 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                                          ⌄

---

**Return Receipt Electronic**                                                     ⌄

---

**USPS Tracking Plus®**                                                           ⌄

---

**Product Information**                                                           ⌄

---

See Less ⌃



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20229

| | | |
|---|---|---|
| Certified Mail Fee $4.85 | | 0477 |
| $ | $0.00 | 02 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $2.62 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | APR -3 2025 |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | |
| Postage $10.10 | | |
| $ | | 04/03/2025 |
| Total Postage and Fees | | |
| $17.57 | | |

Sent To   Pete Flores, CBP

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**                                                    **Remove** ✕

## 9589071052700281688499

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 2:30 pm on April 7, 2025 in WASHINGTON, DC 20229.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20229
April 7, 2025, 2:30 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| **Text & Email Updates** | ⌄ |
|---|---|
| **Return Receipt Electronic** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20229

Certified Mail Fee   $4.85
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$          $10.10

Total Postage and Fees
$17.57

Sent To   CBP, OGC

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

0477
02

Postmark
Here

04/03/2025

9589 0710 5270 0281 6884 82

PS Form 3800, January 2023 PSN 7530-02-000-9047      See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 95890710527002816688482

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:30 pm on April 7, 2025 in WASHINGTON, DC 20229.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20229
April 7, 2025, 2:30 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                          ⌄

---

**Return Receipt Electronic**                                     ⌄

---

**USPS Tracking Plus®**                                           ⌄

---

**Product Information**                                           ⌄

---

See Less ⌃



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

DHS, MD 20588

| | | | |
|---|---|---|---|
| Certified Mail Fee | $4.85 | | 0477 |
| | | $0.00 | 02 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | | |
| ☐ Return Receipt (hardcopy) | $ | $2.62 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 | |
| Postage | $10.10 | | |
| Total Postage and Fees | | | 04/03/2025 |
| $17.57 | | | |

Sent To  USCIS, DGC
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0281 6884 75

# USPS Tracking®

FAQs >

Tracking Number:                                                                                    Remove ✕

## 9589071052700281688475

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:39 pm on April 10, 2025 in WASHINGTON, DC 20529.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20529
April 10, 2025, 12:39 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                                              ⌄

**Return Receipt Electronic**                                                                         ⌄

**USPS Tracking Plus®**                                                                                ⌄

**Product Information**                                                                                ⌄

See Less ⌃



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

DHS, MD 20588

Certified Mail Fee  $4.85
$                         $0.00              0477
                                              02
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $ $0.00
☐ Return Receipt (electronic)         $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00      Postmark
☐ Adult Signature Required            $ $0.00       Here
☐ Adult Signature Restricted Delivery $
Postage
$              $10.10
Total Postage and Fees              04/03/2025
$17.57

Sent To  Kiki Scott  USCIS
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**                                                                                    Remove ✕

## 9589071052700281688468

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:32 pm on April 7, 2025 in WASHINGTON, DC 20226.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20226
April 7, 2025, 2:32 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                                             ⌄

---

**Return Receipt Electronic**                                                        ⌄

---

**USPS Tracking Plus®**                                                              ⌄

---

**Product Information**                                                              ⌄

---

See Less ⌃

**Erika Acosta**

| | |
|---|---|
| **From:** | Emma Winger |
| **Sent:** | Thursday, April 17, 2025 12:21 PM |
| **To:** | Erika Acosta |
| **Subject:** | FW: Service of Process, Case No. 1:25-cv-00943 Coalition for Humane Immigrant Rights et al. v. Department of Homeland Security et al. |

**Emma Winger**
Pronouns: She/Her
202-507-7512 | ewinger@immcouncil.org

**American Immigration Council**
www.AmericanImmigrationCouncil.org
www.ImmigrationImpact.com

---

**From:** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Sent:** Saturday, April 5, 2025 5:23 PM
**To:** Emma Winger <EWinger@immcouncil.org>
**Subject:** RE: Service of Process, Case No. 1:25-cv-00943 Coalition for Humane Immigrant Rights et al. v. Department of Homeland Security et al.

Your service package has been received and accepted with a service date of April 1, 2025. Thank you.

---

**From:** Emma Winger
**Sent:** Tuesday, April 1, 2025 10:48 AM
**To:** USADC-ServiceCivil ; Hudak, Brian (USADC)
**Cc:** Michelle Lapointe
**Subject:** [EXTERNAL] Service of Process, Case No. 1:25-cv-00943 Coalition for Humane Immigrant Rights et al. v. Department of Homeland Security et al.

To Whom it May Concern,

Pursuant to Federal Rule of Civil Procedure 4(i)(1)(A) and your office's instructions, please accept the attached as service of process in the above-captioned case.

As mentioned yesterday evening, Plaintiffs have filed a Motion for a Stay of the Effective Date or in the Alternative, a Preliminary Injunction of the *Department of Homeland Security Interim Final Rule, Alien Registration Form and Evidence of Registration*, 90 Fed. Reg. 11793 (March 12, 2025). Plaintiffs seek expedited consideration of that motion before April 11, 2025, the effective date of the rule.

Thank you.

**Emma Winger**
*Deputy Legal Director*

1