UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:25-cv-00943-TNM <br> ) <br> ) <br> ) <br> ) <br> ) |

     I, Leslie K. Dellon, hereby declare that, pursuant to Federal Rule of Civil Procedure 4(i), on April 3, 2025, I caused to be deposited in the United States mail a copy of the issued Summons, the Complaint, Civil Cover Sheet, and Notice to Right to Consent to Trial Before a United States Magistrate Judge, in the above captioned case, postage prepaid, certified return receipt requested, addressed to all Defendants and the Attorney General at the following addresses:

| | |
|---|---|
| U.S. Department of Homeland Security <br> Office of the General Counsel <br> 245 Murray Lane, SW <br> Mail Stop 0485 <br> Washington, D.C. 20528-0485 | Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security <br> Office of the General Counsel <br> 245 Murray Lane, SW <br> Mail Stop 0485 <br> Washington, D.C. 20528-0485 |
| U.S. Customs and Border Protection <br> Office of Chief Counsel <br> 1300 Pennsylvania Avenue, Suite 4.4-B <br> Washington, D.C. 20229 | Pete Flores, in his official capacity as Acting Commissioner, U.S. Customs and Border Protection <br> Office of Chief Counsel <br> 1300 Pennsylvania Avenue, Suite 4.4-B <br> Washington, D.C. 20229 |
| U.S. Citizenship and Immigration Services <br> Office of the Chief Counsel <br> 5900 Capital Gateway Drive, Mail Stop 2120 <br> Camp Springs, MD 20588-0009 | Kika Scott, in her official capacity as Senior Official Performing the Duties of the Director <br> U.S. Citizenship and Immigration Services |

|  | Office of the Chief Counsel<br>5900 Capital Gateway Drive, Mail Stop 2120<br>Camp Springs, MD 20588-0009 |
|---|---|
| U.S. Immigration and Customs Enforcement<br>Office of the Principal Legal Advisor<br>500 12th St., SW, Mail Stop 5900<br>Washington, D.C. 20536-5900 | Todd Lyons, in his official capacity as Acting Director<br>U.S. Immigration and Customs Enforcement<br>Office of the Principal Legal Advisor<br>500 12th St., SW, Mail Stop 5900<br>Washington, D.C. 20536-5900 |
| U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530 | Pamela Bondi, in her official capacity as U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530 |

Pursuant to Federal Rule of Civil Procedure 4(i)(1)(A) and the office's instructions, service on the U.S. Attorney for the District of Columbia was completed electronically via email by co-counsel Emma Winger to USADC.ServiceCivil@usdoj.gov on April 1, 2024.

Confirmation of delivery upon Defendants and their receipt of these documents, and email service to the U.S. Attorney's Office for the District of Columbia, accompanies this declaration, marked as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of April 2025.


/s/Leslie K. Dellon
Leslie K. Dellon (D.C. Bar #250316)
American Immigration Council
PMB2026
2001 L Street, NW, Suite 500
Washington, DC 20036
Tel: 202-507-7530
ldellon@immcouncil.org

Attorney for Plaintiffs Coalition for Humane
Immigrant Rights, United Farmworkers of America,
Casa, Inc., and Make the Road New York