# EXHIBIT B

# Criminal Complaints Under 8 U.S.C. § 1306(a)

AO 91 (Rev. 11/11) Criminal Complaint

DOA: 4/17/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America )
v. )
Eduardo Prado Flores ) Case No. 25-5225MJ
)
)

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on or about April 15, 2022, and continuing through April 16, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1306(a) (Failure to Register as an Alien), an offense described as follows:

EDUARDO PRADO FLORES, then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to file an application for such registration, in violation of Title 8, United States Code, Section 1306(a) (Class B Misdemeanor).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY: AUSA Addison Owen *[Digitally signed by ADDISON OWEN Date: 2025.04.17 14:34:07 -07'00']*

☒ Continued on the attached sheet.

JOHN A BURGER *Digitally signed by JOHN A BURGER Date: 2025.04.17 15:15:44 -07'00'*

*Complainant's signature*

Supervisory Detention and Deportation
Officer John Burger
Department of Homeland Security,
Enforcement and Removal Operations
*Printed name and title*

Sworn to telephonically.

Date: April 17, 2025 @ 4:14pm

*Judge's signature*

City and state: Phoenix, Arizona

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer John Burger, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. EDUARDO PRADO FLORES, hereafter "Defendant", is a twenty-five-year-old alien unlawfully present in the United States. Defendant is a citizen of Mexico.

3. On April 16, 2025, Defendant was contacted by Department of Homeland Security, Enforcement and Removal Operations (ICE/ERO) after being released from jail on Driving Under the Influence charges.

4. Defendant was advised of his constitutional rights. Defendant freely and willingly acknowledged his rights and agreed to provide a statement under oath.

5. Defendant stated he had been in the United States since 2022. Defendant claimed to have entered illegally through Juarez city.

6. Pursuant to Title 8, United States Code (U.S.C.) Section 1302(a), aliens, who are 14 years or older and unlawfully present in the United States without visas or status, are required to apply for registration and to be fingerprinted if they have been in the United States 30 or more days.

7. On April 17, 2025, your affiant checked all databases and confirmed Defendant has never registered or filed any immigration paperwork.

8. Your affiant also learned Defendant was previously return to Mexico from the United

1

States on several occasions, to include March 29, 2022; April 1, 2022; April 7, 2022, April 9, 2022; and April 14, 2022.

9. In Defendant's written statement provided under oath after he was read his *Miranda* rights, he acknowledged the following:

    a. He does not have a visa or other immigration paperwork to lawfully enter the United States.

    b. He knew he needed legal documentation from the United States to enter and he has not filed paperwork with United States immigration service for legal status or permission to be in the United States.

    c. He had not registered his presence or entry to the United States with immigration service or other United States government agency.

10. For these reasons, this affiant submits that there is probable cause to believe that beginning on or about April 15, 2022 through April 16, 2025, that Defendant, an alien, who is required to register and be fingerprinted pursuant to Title 8 U.S.C. 1302(a), willfully failed to do so, in violation of Title 8, U.S.C. Section 1306(a).

//
//
//
//
//
//
//

11. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, U.S.C., Section 1306(a).

JOHN A BURGER
Digitally signed by JOHN A BURGER
Date: 2025.04.17 15:16:36 -07'00'

Supervisory Officer John Burger
Immigration and Customs Enforcement

Sworn to telephonically on
April 17, 2025 @ 4:14 pm

HONORABLE DEBORAH M. FINE
United States Magistrate Judge



U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2025 APR 21 P 3:06

CAROL L. MICHEL
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**PETTY OFFENSE**

## BILL OF INFORMATION FOR FAILURE TO REGISTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **25 - 96** |
| v. | * | SECTION: **DUTY MAG.** |
| JOSUE ALEJANDRO GUERRERO | * | VIOLATION: 8 U.S.C. § 1306(a) |

\* \* \*

The United States Attorney charges that:

### COUNT 1

Beginning in or about 2022, and continuing until at least April 17, 2025, in the Eastern District of Louisiana and elsewhere, the defendant, **JOSUE ALEJANDRO GUERRERO**, then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to file an application for such registration, in violation of Title 8, United States Code, Section 1306(a).

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

FREDERICK W. VETERS, JR. (23584)
G. DALL KAMMER
Assistant United States Attorneys

New Orleans, Louisiana
April 21, 2025

✓ Fee _USA_
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

No. _____

# United States District Court
## FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

JOSUE ALEJANDRO GUERRERO

BILL OF INFORMATION
FOR FAILURE TO REGISTER

Violation(s): 8 U.S.C. § 1306(a)

Filed _____, 20 25

_____, Clerk.

By _____, Deputy

/s/ F. W. Veters

*Assistant United States Attorney*
FREDERICK W. VETERS, JR.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2025 APR 17 PM 4:21

CAROL L. MICHEL, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PETTY OFFENSE**

**BILL OF INFORMATION FOR FAILURE TO REGISTER**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **25-0094** |
| v. | * | SECTION: DUTY MAG. |
| JUAN CARLOS CASTRO-IGNACIO | * | VIOLATION: 8 U.S.C. § 1306(a) |

\*   \*   \*

The United States Attorney charges that:

## COUNT 1

Beginning in or about 2001, and continuing until at least April 13, 2025, in the Eastern District of Louisiana and elsewhere, the defendant, **JUAN CARLOS CASTRO-IGNACIO**, then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to file an application for such registration, in violation of Title 8, United States Code, Section 1306(a).

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

_____
PAUL HUBBELL
Assistant United States Attorney

New Orleans, Louisiana
April 17, 2025

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____

No. _____

# United States District Court
## FOR THE
### EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

JUAN CARLOS CASTRO-IGNACIO

**BILL OF INFORMATION FOR FAILURE TO REGISTER**

Violation(s):   8 U.S.C. § 1306(a)

Filed _____, 20 25

_____, Clerk.

By _____, Deputy

_____
*Assistant United States Attorney*
PAUL J. HUBBELL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA  CR
2025 APR 18 AM 11 56
CAROL L. MICHEL, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PETTY OFFENSE**

<u>BILL OF INFORMATION FOR FAILURE TO REGISTER</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 25-0095 |
| v. | * | SECTION: DUTY MAG. |
| OSBORN NASH BODDEN WELCOME<br>a/k/a OSBORN N. BODDEN<br>a/k/a OSTIN WELCOME-BODDEN | * | VIOLATION: 8 U.S.C. § 1306(a) |

\*   \*   \*

The United States Attorney charges that:

<u>**COUNT 1**</u>

Beginning in or about 2001, and continuing until at least April 13, 2025, in the Eastern District of Louisiana and elsewhere, the defendant, **OSBORN NASH BODDEN WELCOME**, then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to file an application for such registration, in violation of Title 8, United States Code, Section 1306(a).

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

_[signature]_

PAUL J. HUBBELL
G. DALL KAMMER
Assistant United States Attorneys

\_\_\_ Fee _____
\_\_\_ Process _____
X Dktd _____
\_\_\_ CtRmDep _____
\_\_\_ Doc.No. _____

New Orleans, Louisiana
April 18, 2025

No. _____

# United States District Court
## FOR THE
### EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

OSBORN NASH BODDEN WELCOME
a/k/a OSBORN N. BODDEN
a/k/a OSTIN WELCOME-BODDEN

BILL OF INFORMATION FOR
FAILURE TO REGISTER

Violation(s): 8 U.S.C. § 1306(a)

Filed _____, 20 25 , Clerk.

By _____, Deputy

_____
Assistant United States Attorney
PAUL J. HUBBELL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2025 APR 22 PM 03 04
CAROL L. MICHEL, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**PETTY OFFENSE**

## BILL OF INFORMATION FOR FAILURE TO REGISTER

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 25-00101 |
| v. | * | SECTION: DUTY MAG. |
| **ARNOL HUMBERTO REYES-GALINDO** aka ARNOL REYES-GALINDO | * | VIOLATION: 8 U.S.C. § 1306(a) |
| | * | |

* * *

The United States Attorney charges that:

### COUNT 1

Beginning in or about 2022, and continuing until at least April 21, 2025, in the Eastern District of Louisiana and elsewhere, the defendant, **ARNOL HUMBERTO REYES-GALINDO**, then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to file an application for such registration, in violation of Title 8, United States Code, Section 1306(a).

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

_(signature)_

FREDERICK W. VETERS, JR. (23584)
Special Assistant United States Attorney
G. DALL KAMMER
Assistant United States Attorneys

New Orleans, Louisiana
April 22, 2025

No. _____

# United States District Court
## FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

ARNOL HUMBERTO REYES-GALINDO
aka ARNOL REYES-GALINDO

BILL OF INFORMATION
FOR FAILURE TO REGISTER

Violation(s): 8 U.S.C. § 1306(a)

Filed _____, 20 25

_____, Clerk.

By _____, Deputy

_____
*Special Assistant United States Attorney*
FREDERICK W. VETERS, JR.

AO 91 (Rev. 11/11) Criminal Complaint

DOA: 4/17/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Santiago Lopez Hernandez | ) | Case No. 25-5231MJ |
| ▇▇▇▇▇▇▇▇▇▇ | ) | |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on or about April 17, 2023 and continuing through April 17, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1306(a) (Failure to Register as an Alien), an offense described as follows:

SANTIAGO LOPEZ HERNANDEZ, then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to file an application for such registration, in violation of Title 8, United States Code, Section 1306(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY: AUSA Addison Owen *(digitally signed ADDISON OWEN, Date: 2025.04.18 13:29:02 -07'00')*

☒ Continued on the attached sheet.

JOHN A BURGER
Digitally signed by JOHN A BURGER
Date: 2025.04.18 13:25:24 -07'00'

*Complainant's signature*

Supervisory Detention and Deportation
Officer John Burger
Department of Homeland Security,
Enforcement and Removal Operations
*Printed name and title*

Sworn to telephonically.

Date: April 18, 2025 @ 2:53 pm

*(signature)* Deborah Fine
*Judge's signature*

City and state: Phoenix, Arizona

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer John Burger, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. SANTIAGO LOPEZ HERNANDEZ, hereafter "Defendant", is a thirty-three-year-old alien unlawfully present in the United States. Defendant is a citizen of Mexico.

3. On April 17, 2025, Defendant was contacted by Department of Homeland Security, Enforcement and Removal Operations (ICE/ERO) after being released from jail on Driving Under the Influence charges.

4. Defendant was advised of his constitutional rights. Defendant freely and willingly acknowledged his rights and agreed to provide a statement under oath.

5. Defendant stated he had been in the United States since 2023. Defendant claimed to have entered illegally through Altar, Sonora [Sasabe, Arizona].

6. Pursuant to Title 8, United States Code (U.S.C.) Section 1302(a), aliens, who are 14 years or older and unlawfully present in the United States without visas or status, are required to apply for registration and to be fingerprinted if they have been in the United States 30 or more days.

7. On April 17, 2025, your affiant reviewed record checks of all databases and confirmed Defendant has never registered or filed any immigration paperwork.

8. Your affiant also learned Defendant was previously granted voluntary return to Mexico

1

and removed from the United States on December 27, 2022.

9. In Defendant's written statement provided under oath after he was read his *Miranda* rights, he acknowledged the following:

   a. He indicated he does not have a visa or other immigration paperwork to lawfully enter the United States.

   b. He knew he needed legal documentation from the United States to enter and he has not filed paperwork with United States immigration service for legal status or permission to be in the United States.

   c. He indicated that since entering, or before entering, he knew he was required to get a visa, or other permission from the United States, and required to register his residence.

   d. He responded "No" indicating he has not registered his presence or entry to the United States with immigration service or other United States government agency.

   e. He further stated "Si" (yes) that he was trying to avoid arrest and deportation by not registering his entry, presence, and residence.

10. For these reasons, this affiant submits that there is probable cause to believe that beginning on or about April 17, 2023 through April 17, 2025, that Defendant, an alien, who is required to register and be fingerprinted pursuant to Title 8 U.S.C. 1302(a), willfully failed to do so, in violation of Title 8, U.S.C. Section 1306(a).

//
//
//

11. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, U.S.C., Section 1306(a).

JOHN A BURGER
Digitally signed by JOHN A BURGER
Date: 2025.04.18 13:26:24 -07'00'

John Burger
Immigration and Customs Enforcement

Sworn to telephonically on
April 18, 2025 @ 2:53 pm

HONORABLE DEBORAH M. FINE
United States Magistrate Judge

3