# EXHIBIT C

# Declaration of UFW Member "Ana"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*

    *Defendants*.

Case No. 1:25-CV943

**DECLARATION OF** ▮

I hereby declare as follows:

1. My name is ▮.

2. I reside in Oxnard, California. I am 50 years old.

3. I have spent the last 24 years as a farm worker picking strawberries, blueberries and cilantro.

4. I have been a United Farm Workers member since 2014. I have participated in their meetings, marches, and holiday activities.

5. I am an indigenous woman from Oaxaca, Mexico. I speak a thousand-year-old language, Mixteco Bajo. I speak very little Spanish and do not speak English. I cannot read or write.

6. I am a single mother of six children. Four of them are United States citizens, ages 16, 18, 20, and 22. My two oldest children were born in Mexico and are 30 and 32.

7. My husband was murdered in 2010. Since then, I have been raising the children on my own. I have had to work very hard to support my family and have not had time to work on improving my Spanish or English.

8. I recently learned I will need to register online with the government. I am very worried because I will not be able to complete the online form.

9. I am fearful of getting arrested and sent to jail because I am not able to complete the form.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April ____ , 2025.


_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* <br><br> *Defendants*. | Case No. 1:25-CV943 |

## DECLARACIÓN DE ███

Por la presente declaro lo siguiente:

1. Me llamo ███.

2. Vivo en Oxnard, California. Tengo 50 años.

3. He pasado los últimos 24 años como trabajadora agrícola piscando fresa, mora azul y cilantro.

4. Soy miembro de la Unión de Campesinos desde 2014. He participado en sus reuniones, marchas y actividades en días festivos.

5. Soy una mujer indígena de Oaxaca, México. Hablo una lengua milenaria, el mixteco bajo. Hablo muy poco español y no hablo inglés. No sé leer ni escribir.

6. Soy madre soltera de seis hijos. Cuatro de ellos son ciudadanos estadounidenses, de 16, 18, 20 y 22 años. Mis dos hijos mayores nacieron en México y tienen 30 y 32 años.

8. Hace poco me enteré de que tendré que registrarme en línea con el gobierno. Estoy muy preocupada porque no voy a poder rellenar el formulario en línea.

9. Tengo miedo de que me detengan y me manden a la cárcel por no ser capaz de rellenar el formulario.

Declaro bajo pena de perjurio que lo anterior es cierto y correcto.

Ejecutado el 17 de abril de 2025

## CERTIFICATE OF TRANSLATION

I, Meredith Cabell, hereby certify under penalty of perjury that I am qualified to translate from English to Spanish, that I translated the Declaration of ▇▇▇▇▇▇▇ from English to Spanish, read the Spanish translation to the declarant and Mixteco Bajo interpreter and that my translation was true and correct to the best of my ability.

_____  　　　　　　　　　　 __4/15/25__
Signature of Interpreter　　　　　　　　　　　　　　　　　　　Date

## CERTIFICATE OF INTERPRETATION

I, _____, hereby certify under penalty of perjury that I am qualified to interpret from Spanish to Mixteco Bajo, that I interpreted the Declaration of ▮▮▮▮▮ to Mixteco Bajo for the declarant, and that my interpretation was true and correct to the best of my ability.

_____         _____
Signature of Interpreter                                        Date


## CERTIFICADO DE INTERPRETACIÓN

Yo, Felix Rodriguez, por lo presente certifico bajo pena de perjurio que estoy calificado para interpretar del español a mixteco bajo, que interpreté la Declaración de ▮▮▮▮▮ a mixteco bajo para la declarante y que mi interpretación fue verdadera y correcta en la medida de mis habilidades.

Felix Rodriguez                                        04/22/25
Firma del Interprete                                  Fecha