# EXHIBIT D

# Declaration of UFW Member "Gloria"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>*Defendants*. | Case No. 1:25-CV943 |

**DECLARATION OF** █████████████████████

I hereby declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. My name is ███████████████.

3. I live in Ventura County, California. I am 49 years old.

4. I am a farm worker. I have spent the last six working in the strawberry fields. I am a member of the United Farm Workers.

5. I am from Oaxaca, Mexico and speak and indigenous language, Mixteco Bajo.

6. I have six children who were all born in Mexico. Two have received labor-based deferred action ("DALE"). My other children are ages 16, 18, 21 and 23.

7. I do not understand technology. I only have a flip phone that does not have Internet access.

8. I recently learned that I, along with my undocumented children, will be required to register with the government using an online system.

9. I am very concerned that I will not be able to use the online system. I am especially worried for my 16-year-old minor son, who will also need to register. If one of us makes a mistake we could get in trouble for lying to the government. I am also afraid if we don't register correctly, we could be arrested. I am also worried about my children forgetting to carry their registration and getting arrested.

10. I feel especially vulnerable and defenseless to protect my family because of my limited language skills. For example, my son faced discrimination and has been threatened by schoolmates to be reported to immigration.

11. I am fearful that I will not be able to complete the registration properly or assist my minor son with it and that I could be arrested and separated from my family.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April \_\_\_\_ , 2025.

_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*

    *Defendants*.

Case No. 1:25-CV943

**DECLARACIÓN DE** ███████████

Por la presente declaro lo siguiente:

1. Tengo más de 18 años y soy competente para testificar, con conocimiento personal, sobre los hechos aquí expuestos.

2. Me llamo ███████████.

3. Vivo en Ventura County, California. Tengo 49 años.

4. Soy trabajadora agrícola. Llevo seis años trabajando en el campo de fresas. Soy miembro de la Unión de Campesinos.

5. Soy de Oaxaca, México y hablo una lengua indígena, el mixteco bajo.

6. Tengo seis hijos, todos nacidos en México. Dos han recibido la acción diferida basada en el trabajo ("DALE"). Mis otros hijos tienen 16, 18, 21 y 23 años.

7. No entiendo de tecnología. Sólo tengo un teléfono plegable que no tiene acceso a Internet.

8. Hace poco me enteré de que yo, junto con mis hijos indocumentados, tendremos que registramos con el gobierno mediante un sistema en línea.

9. Estoy muy preocupada que no voy a poder utilizar el sistema en línea. Me preocupa especialmente por mi hijo menor de 16 años, que también tendrá que registrarse. Si uno de nosotros cometemos un error, podríamos tener problemas por mentir al gobierno. También temo que, si no nos empadronamos correctamente, nos arrestan. También me preocupa que mis hijos se olviden llevar su registro y sean detenidos.

10. Me siento especialmente vulnerable e indefensa para proteger a mi familia debido a mis limitados conocimientos lingüísticos. Por ejemplo, mi hijo ha sufrido discriminación y ha sido amenazado por compañeros de colegio con denunciarlo a inmigración.

11. Tengo miedo de no poder completar el registro correctamente o ayudar a mi hijo menor de edad con el y de que me detengan y me separen de mi familia.

12. Declaro bajo pena de perjurio que lo anterior es cierto y correcto.

Ejecutado el __15__ de abril de 2025

## CERTIFICATE OF TRANSLATION

I, Meredith Cabell, hereby certify under penalty of perjury that I am qualified to translate from English to Spanish, that I translated the Declaration of ████████████ from English to Spanish, and that my translation is true and correct to the best of my ability.

_____          _____4/15/25_____
Signature of Interpreter                                         Date

## CERTIFICATE OF TRANSLATION

I, _____, hereby certify under penalty of perjury that I am qualified to translate from Spanish to Mixteco Bajo, that I orally translated the Declaration of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to the declarant from Spanish to Mixteco Bajo, and that my translation was true and correct to the best of my ability.

_____          _____
Signature of Interpreter                                        Date

## CERTIFICADO DE TRADUCCION

Yo, *Francisco Panfilo*, por lo presente certifico bajo pena de perjurio que estoy calificado para traducir del español a mixteco bajo, que traduje oralmente la Declaración de ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ del español a mixteco bajo al declarante y que mi traducción fue verdadera y correcta en la medida de mis habilidades.

*Francisco PL*                                          4-21-2025
Firma del Interprete                                      Fecha