# EXHIBIT E

# Declaration of CHIRLA Member "Luisa"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*

    *Defendants*.

Case No. 1:25-CV943

**DECLARATION OF** ███████████

Upon my personal knowledge, I hereby declare:

1. My name is ███████████. I am a 49-year-old domestic worker.

2. I have been in the U.S. for nearly 20 years, when I entered by crossing the Southern Border.

3. My husband and I are CHIRLA members. He has a temporary immigration status but I am not eligible. Together we have 2 U.S. citizen children, 11 and 15 years old.

4. I am a very active CHIRLA member and a part of the Domestic Workers organizing group. During the COVID-19 pandemic, I was an essential worker who volunteered to clean classrooms in my own children's schools, focusing on those for the youngest age groups.

5. I have also worked with CHIRLA to fight for better working conditions for domestic workers with the Domestic Workers Alliance. In particular, I try to help indigenous

    domestic workers because they are the most vulnerable. I have gotten training on preserving rare languages and assisting as an interpreter.

6. I have also advocated for better housing and helping to get out the vote in Los Angeles. On numerous occasions, I have participated in pro-immigrant protests, and I have also attended the Women's March.

7. I am fearful of the registration process, and that I will be specifically targeted for enforcement because of my advocacy on behalf of undocumented workers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17 , 2025.



## CERTIFICATE OF INTERPRETATION

I, __Adam Reese__, hereby certify under penalty of perjury that I am qualified to interpret from English to Spanish, that I read this Declaration to the declarant ▮▮▮ in Spanish, and that my interpretation was true and correct to the best of my ability.

_____  4/18/25
Signature of Interpreter          Date