# EXHIBIT F

# Declaration of CHIRLA Member "Ursela"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* <br><br> *Defendants*. | Case No. 1:25-CV943 |

**DECLARATION OF** ███████████

Upon my personal knowledge, I hereby declare:

1. My name is ███████████.  I am 18 years old.

2. I am originally from El Salvador.

3. I came to the United States in 2023 when I was 17 to escape abuse by my father.  My mother and I fled together but got separated during our journey. After making inquiries with the Salvadoran Consulate, I learned that my mother is officially listed as a missing person in Mexico.

4. I have applied for asylum based on my fear of return to El Salvador.  I have not yet had biometrics or received a work permit. I am not in removal proceedings.

5. I am also applying for Special Immigrant Juvenile Status based on my parental circumstances.

6. I am a member of CHIRLA. Being a part of CHIRLA has given me a sense of safety and community in this country.

7. I recently learned from CHIRLA staff that I will be required to register online with the government. I am confused why I need to complete this process when I am already submitting immigration applications. The government already has my information.

8. I worry that by registering the government could try to deport me back to El Salvador before my other applications get approved, which I have been told can take years. I know that the government wants to use the registration process to deport people, and that the government has already deported people even though they have pending asylum applications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2025.

