# EXHIBIT G

# Declaration of CHIRLA Member "Tiana"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* <br><br> *Defendants*. | Case No. 1:25-CV943 |

**DECLARATION OF** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Upon my personal knowledge, I hereby declare:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I am forty-two years old and a member of CHIRLA.

2. I came to the United States from Mexico with my family when I was 15 years old.

3. As a teenager, I worked as a seamstress to support the family. I was unable to complete my education.

4. Later I married a man who was a U.S. citizen. He treated me very badly and abused me. He also never helped me adjust my immigration status.

5. I am now in the in the process of self-petitioning for protection under the Violence Against Women Act (VAWA). I have not yet filed the application or undergone biometrics.

6. I am also a single parent of a U.S. citizen son who is in second grade. He means everything to me. I have worked hard to support him and am proud to have finally earned my G.E.D.

7. I worked in a restaurant that burned down during the recent Los Angeles wildfires, but with the help of one of my former colleagues I have taken the first step to fulfilling a life-long dream of opening my own restaurant. I plan to serve a fusion of Oaxacan and American cuisine.

8. I understand that I would be required to register with a new system the government is saying will help deport people. I am terrified that registering could make me a target even though I am applying for legal status. My greatest fear is being separated from my son.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2025.

███████████████