# EXHIBIT H

# Declaration of MRNY Member "Guvelia"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* <br><br> *Defendants*. | Case No. 1:25-CV943 |

### DECLARATION OF ▆▆▆▆▆▆▆▆▆▆

I declare under penalty of perjury that the foregoing is true and correct.

1. My name is ▆▆▆▆▆▆▆▆▆. I would like to be known as "Guvelia." I am using a pseudonym because I fear for my safety should the Government decide to retaliate against me for participating in a lawsuit against them.

2. I entered the United States by crossing the border without inspection in or around 2003.

3. I have continuously lived in the United States since that time.

4. I live in New York City.

5. I have five children. Two are U.S. citizens, and one is a Lawful Permanent Resident. I have ten U.S. citizen grandchildren, and one U.S. citizen great-grandchild.

6. I struggle to make ends meet. I work as a nanny and collect recycling on the street to earn

7. extra money.

8. I have been a member of Make the Road New York since 2011. In the time since, I have participated in protests and political actions. I am a member of Make the Road

NewYork's BASTA and CRIPP committees and regularly attend their meetings. I have participated in press conferences in New York City, advocated before state lawmakers Albany, and marched in Washington, D.C., to demand fair treatment for the immigrant community.

8. I have heard stories of people being deported for making statements that Trump disagrees with, or for being vocal for immigrant justice. I fear being surveilled or targeted by immigration authorities for participating in political activities.

9. I filed Form I-918 with USCIS to apply for U Nonimmigrant Status in December, 2024. I listed a safe address in that application, not my home address. I recently provided biometrics as part of the U visa process but I still do not have an employment authorization.

10. I am eligible for U Nonimmigrant Staus because I and two of my children were assaulted by a group of young men with sticks, rods, and fists outside of our apartment building in Brooklyn, NY and I assisted in the arrest and prosecution of one of the assailants.

11. I have not yet registered, and I have no proof of registration.

12. I fear being stopped on the street and having no proof of registration to show. I fear that in that case, I will be separated from my children, my grandchildren, and my great-grandchild and be detained.

13. On the other hand, I have a lot of fears related to registering also. I fear that by registering on form G-325R, I am exposing myself and my family to immigration enforcement. I am particularly concerned that my previous advocacy activity with Make the Road New York makes me a target for enforcement.

14. I fear that, after registering on form G-325R, I or my family will be surveilled by immigration enforcement authorities. I did not have to share my home address on my U visa application and the thought of my address being known is frightening, especially since I was a crime victim and helped law enforcement.

15. I fear that by registering on form G-325R, I am undercutting my application for U Nonimmigrant Status because by registering, I am risking removal before my application can be adjudicated.

16. I fear that by registering on form G-325R, I am exposing myself to criminal liability for not registering before. I worry that I will be subject to criminal prosecution and a fine or incarceration if I register now. I am concerned that I will self-incriminate by registering now.

I, ▮▮▮▮▮▮▮▮▮▮ do swear under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

Signed on this 23rd day of April, 2025.

**CERTIFICATION**

I, Diego Fernández-Pagés, certify that I am fully bilingual in English and Spanish. I translated the above declaration to ▮▮▮▮▮▮▮▮ to Spanish, and she signed the English version on April 23rd, 2025.

_____
Diego Fernández-Pagés