# EXHIBIT I

# Declaration of CASA Member YL

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

COALITION FOR HUMANE IMMIGRANT
RIGHTS, *et al.*,

       *Plaintiffs,*

       v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*

       *Defendants.*

Case No. 1:25-CV943

## DECLARATION OF █████████

I, █████████ upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am a CASA member originally from Mexico who currently resides in Georgia. I entered the U.S. in 2016 without inspection and did not have any contact with immigration authorities. I have never had a case in immigration court or applied for immigration relief.

3. I have been active with CASA for the last two years, engaging in my local organizing committee, and participating in public demonstrations related to a variety of issues, including housing and climate justice. In support of these issues, I have engaged in lobbying activity with CASA at both the state and national level.

4.  Outside of CASA, I have engaged in political activity, including engaging voters to support candidates who champion immigrant communities, even though I cannot vote myself.

5.  I am the mother of a 5-year-old son, who has a speech impediment and needs occupational and speech therapy.

6.  The IFR has caused me to become more afraid to speak out because I fear that it could expose me and my son to targeting by the federal government.

7.  With respect to the actual registration process, I don't feel like I would be able to complete it because I am not very good with technology, and wouldn't feel comfortable creating an account and completing the form online – especially because I have limited English proficiency, and the form is only available in English.

8.  My biggest fear is that I will be separated from my young son, who is a U.S. citizen, and who has never been cared for by anyone else. That fear keeps me up at night. I am also afraid that my partner, who is the sole wage earner in our family, could be detained and deported as well, depriving us of our only income.

9.  I have been exposed to discrimination in the U.S. because of my inability to speak English, including in the school system when I enrolled my child in pre-Kindergarten and when I reported a situation of bullying at school. The principal promised to help resolve the situation, but it only got worse. My son would have night terrors and lost his appetite because of the bullying. When I visited my son's classroom, I saw him being bullied without teachers intervening. In contrast, parents who were able to speak English got the support they needed.

10. With CASA, I am fighting for a just immigration system that will allow me and my family to live in peace, free from the fear that this IFR invokes. I see the deep concern about the IFR and anti-immigrant environment generally from the other parents at my child's school and want to continue fighting for immigration reform so that they can speak out and create a better education system for all the children where I live. Children deserve to have a dignified education, not to live in fear.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: April 23, 2025

## CERTIFICATE OF INTERPRETATION

I, Lydia Walther-Rodriguez, hereby certify under penalty of perjury that I am qualified to interpret from English to Spanish, that I read this Declaration to the declarant in Spanish, and that my interpretation was true and correct to the best of my ability.

_____                    ___4/23/25_____
Signature of Interpreter                                              Date