# EXHIBIT J

# Declaration of CASA Member ME

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* <br><br> *Defendants*. | Case No. 1:25-CV943 |

### DECLARATION OF ▮

I, ▮, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am a CASA member originally from Guatemala who currently resides in Pennsylvania. I entered the U.S. without inspection and without contact with immigration authorities in 2004. I have never been placed in removal proceedings or applied for any immigration benefit in the United States.

3. I currently work as a carpenter and have four children, aged 1, 8, 15 and 18, all of whom are United States citizens. I proudly pay my taxes every year and abide by all the laws of this country.

4. I have been active with CASA since 2023 and currently sit on CASA's member leadership council, helping to decide on the priorities for CASA in Pennsylvania and across the organization.

5. During my time as a CASA member I have participated in public demonstrations, including a rally for citizenship in Washington D.C.

6. Outside of CASA, I have engaged in political activity to support my preferred candidates, hoping to elect leaders who will improve the lives of immigrant communities and fight for just immigration reform, though I cannot vote myself.

7. I am afraid to register, because it could expose me and my family, including my wife, who is also undocumented, to the risk of detention and deportation. This would tear our family apart and leave my children, including our one-year-old, without any support.

8. Even if I tried to register, though, I would struggle to complete the process due to my limited English proficiency and lack of technical expertise.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED:  April 23, 2025

## CERTIFICATE OF INTERPRETATION

I, <u>Lydia Walther-Rodriguez</u>, hereby certify under penalty of perjury that I am qualified to interpret from English to Spanish, that I read this Declaration to the declarant in Spanish, and that my interpretation was true and correct to the best of my ability.

_____     __4/23/25_____
Signature of Interpreter                                             Date