# EXHIBIT K

# Declaration of CASA Member JC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* <br><br> *Defendants*. | Case No. 1:25-CV943 |

**DECLARATION OF** ▮

I, ▮ upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am a CASA member originally from El Salvador and currently residing in Virginia. I entered the U.S. without inspection and without contact with immigration authorities in 2014. I have never been placed in removal proceedings or applied for any immigration benefit in the U.S.

3. I work for a construction company, doing plumbing and electrical work. My elderly father who still lives in El Salvador depends on me for economic support, and if I were unable to work or was deported back to El Salvador my father would not be able to support himself. Recently, my father needed surgery, from which he is still recovering.

I helped pay for the surgery and without the money I send home my father would not have been able to get the care he needs.

4. I have been an outspoken advocate with CASA for more than eight years, exercising my First Amendment rights to call for immigration reform and other causes at the state and national level. I have engaged with CASA's organizing committees throughout my time with CASA, and I have been an outspoken public activist, participating in lobbying elected officials, engaging in marches and rallies, as well as speaking to the media about issues that are important to me personally and to CASA's membership generally.

5. I believe that there is strength in unity, and that it is vital for people to feel free to come together to fight against injustice. I think the community must be empowered with information and education about their rights, while building hope for a better future together.

6. The IFR makes me afraid to speak out publicly, because my political views and the policy positions I believe in are not aligned with the current administration. If I comply with the regulation and register, I'm afraid that I could be targeted and persecuted for my activism, while if I don't not comply with the requirement I could be subjected to criminal penalties.

7. Additionally, I don't trust the registration process online, because I am afraid of government surveillance. I am very careful with how I interact with the internet on my phone and other devices. I don't want them to be able to access my sensitive and private information.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: April 23, 2025                                          ███████████
                                                                  _____

## CERTIFICATE OF INTERPRETATION

I, <u>Lydia Walther-Rodriguez</u>, hereby certify under penalty of perjury that I am qualified to interpret from English to Spanish, that I read this Declaration to the declarant in Spanish, and that my interpretation was true and correct to the best of my ability.

_____          __4/23/25_____
Signature of Interpreter                                        Date