# EXHIBIT L

# Declaration of CASA Member ALDC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*

    *Defendants.*

Case No. 1:25-CV943

### DECLARATION OF ▮▮▮▮

I, ▮▮▮▮, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am a CASA member originally from Honduras currently residing in Virginia with my husband. I entered the United States without inspection and without contact with immigration authorities in 2006. I have never been placed in removal proceedings or applied for any immigration relief in the United States. My husband also does not have lawful immigration status and would be required to register under the IFR.

3. We have three United States citizen children, ages 12, 14 and 16. Our youngest contracted meningitis that requires constant medication with antibiotics and regular doctors' visits to ensure that the infection is under control. The meningitis is in his brain and he required surgery on it right after he was born, when he was only four months old.

4. I have been an active leader with CASA over the last three years, speaking out about issues that are important to me through CASA's organizing committees and through participation in public actions like marches and rallies. I decided to become a leader with CASA because I saw the need to take action to build community power and solidarity.

5. The IFR makes me afraid to speak out because I feel like I might be targeted by the government for my participation.

6. I am also afraid to register with the government because I believe it will lead to my detention and potential deportation. My children need me here, and if we were separated they would have no one to take care of them other than my husband, who is also at risk of deportation. Our youngest son would not be able to get the medical care and support he needs in Honduras and our other children would be at risk of being victimized by gangs or other bad actors – whether they were here, in the United States without me or if they were forced to go with me to Honduras.

7. Additionally, I don't even know how I would complete the registration requirement, since I don't read or understand English well and am not good with computers. I wouldn't feel able to complete the online registration form.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 23, 2025



## CERTIFICATE OF INTERPRETATION

I, <u>Lydia Walther-Rodriguez</u>, hereby certify under penalty of perjury that I am qualified to interpret from English to Spanish, that I read this Declaration to the declarant in Spanish, and that my interpretation was true and correct to the best of my ability.

_____       _4/23/25_
Signature of Interpreter                                                      Date