# EXHIBIT M

# Declaration of CASA Member NC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

COALITION FOR HUMANE IMMIGRANT
RIGHTS, *et al.*,

          *Plaintiffs*,

        v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*

          *Defendants*.

Case No. 1:25-CV943

## <u>DECLARATION OF</u> ███████

I, ███████ , upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am a CASA member originally from El Salvador who currently resides in Maryland with my two adult children.  I entered the United States without inspection in 2004 and have resided in this country since then.  I have never had contact with immigration officials, had a case in immigration court, or applied for any immigration benefit in the United States.

3. I work as a cleaner and support my elderly mother who lives in El Salvador.  My mother does not work and depends on the money I send to live.

4. I have been a vocal activist with CASA, giving testimony before elected officials on issues that are important to me.  Since 2021 I have participated in numerous public

demonstrations with CASA, in support of causes like tenant rights, increased access to healthcare for Marylanders, and expanded immigration protections for people across the country.

5. I have spoken publicly at many of these events, including testifying and lobbying in front of elected officials of the local, state and national government, as well as giving interviews to the media.

6. The IFR has caused me a lot of fear and uncertainty about exercising my right to speak out and caused me to question whether I should participate in the activities I have in the past, because I don't not have any protection if the government decides to target me for my speech.

7. More broadly, the IFR has impacted my whole life.  I feel that I am being offered a terrible choice, between putting myself and my family at risk by giving my information to immigration officials or being criminalized for failing to comply with the registration requirement.

8. Being deported would be a disaster for me because I would have to abandon the life that I have built here and start over in El Salvador.  I don't feel like I have a future there and if I were forced to return, I could not come back to the U.S. where my life is.  I'm most worried, though, about my family, who would lose all the financial support I provide.

9. I run a small business and always pay my taxes, contributing to my community in whatever way I can.  The income I earn from that business, in addition to supporting my immediate family and my elderly mother, also helps to pay for medicine for my brother, who is very sick. He would not be able to afford that medicine if I could not provide for him.

10. Even if I tried to register, however, I don't think I would be able to do so because I wouldn't be able to navigate the process to set up an account and fill out the registration form online. I have very limited English proficiency and wouldn't be able to read or understand the questions on the form, forcing me to complete and sign something I didn't understand.

11. After living in the U.S. for more than 20 years, I believe that rather than forcing people like me to fill out a registration form, the government should create a pathway to citizenship for undocumented immigrants living in this country and finally enact immigration reform that respects the dignity and humanity of all people.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 23, 2025

## CERTIFICATE OF INTERPRETATION

I, <u>Lydia Walther-Rodriguez</u>, hereby certify under penalty of perjury that I am qualified to interpret from English to Spanish, that I read this Declaration to the declarant in Spanish, and that my interpretation was true and correct to the best of my ability.

_____                    ___4/23/25_____
Signature of Interpreter                                              Date