# EXHIBIT N

# Declaration of CASA Member PH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* <br><br> *Defendants*. | Case No. 1:25-CV943 |

**DECLARATION OF** ▉▉▉▉▉▉▉▉▉▉

I, ▉▉▉▉▉▉▉▉▉, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am a CASA member originally from Mexico who now resides in Maryland, with my partner and two children.  I entered the United States without inspection and without contact with immigration officials in 2004.  Both of my children are U.S. citizens, but my wife is also undocumented and at risk of deportation.   I have never appeared before an immigration court in the United States or applied for any immigration benefit.

3. I work in a church two days a week doing maintenance and the other three days I work at a mechanic's shop.  I have been engaged with CASA for two decades and have participated in a number of CASA campaigns, including the successful fight to get access to drivers' licenses for immigrants in Maryland.

4. I routinely participate in other public demonstrations with CASA, proudly joining regardless of conditions, including turning out in the rain and snow to lift up my voice for immigrant communities. I have given numerous interviews to the media over the course of my activism with CASA.

5. Due to the IFR, however, I am afraid to speak out because I fear that I will be targeted by the government.

6. Navigating the process to register would be incredibly difficult for me, because I have limited English proficiency. I don't think I could create an online account, let alone fill out the registration form.

7. In addition, I am afraid to register because I believe it could lead to my detention and deportation by immigration officials, with my previous outspoken activism and support of immigrant rights issues a cause for selective prosecution. If I were detained and eventually removed from the U.S. it would leave my children without a father or hope for the future.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: April 23, 2025

## CERTIFICATE OF INTERPRETATION

I, <u>Lydia Walther-Rodriguez</u>, hereby certify under penalty of perjury that I am qualified to interpret from English to Spanish, that I read this Declaration to the declarant in Spanish, and that my interpretation was true and correct to the best of my ability.

_____          __4/23/25_____
Signature of Interpreter                                               Date