# EXHIBIT O

# Declaration of Milagros Cisneros

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*

    *Defendants*.

Case No. 1:25-CV943

## DECLARATION OF MILAGROS CISNEROS

I, Milagros Cisneros, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am a Second Level Supervisory Assistant Federal Public Defender at the Federal Public Defender's Office for the District of Arizona in Phoenix, AZ. I have worked for over 20 years as an Assistant Federal Public Defender in Phoenix, Arizona, representing indigent clients in federal criminal cases.

3. I currently represent an individual charged with Willful Failure to Register under 8 U.S.C. § 1306(a). This week, I also represented another individual charged under 8 U.S.C. § 1306(a). These are the first charges I have ever encountered under this statute in my two-decade career as a Federal Defender.

4. One of the defendants was charged under 8 U.S.C. § 1306(a) on April 18, 2025. But he had been unable to register since the effective date of the Interim Final Rule because he was

being held in Maricopa County custody following his arrest and detention for unrelated charges from April 7, 2025 to April 17, 2025.

5. In light of the federal government's publicized intention to prioritize prosecutions for willful failure to register, I anticipate additional charges under § 1306(a) in my district of practice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 24, 2025
Phoenix, Arizona

*Milagros Cisneros*
Milagros Cisneros