UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, et al.,<br>　　　*Plaintiffs*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br>　　　*Defendants*. | Case No. 1:25-cv-00943 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL**

Upon consideration of Plaintiffs' Motion for Injunction Pending Appeal and Accompanying Memorandum of Law, and all other materials properly before this Court, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED;** and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 62(d), the Interim Final Rule ("IFR") titled *Department of Homeland Security; Alien Registration Form and Evidence of Registration*, 90 Fed. Reg. 11793 (March 12, 2025), and any implementation thereof, is **ENJOINED** in its entirety pending the resolution of the appeal.

**SO ORDERED** this ___ day of _____ 2025.

_____
The Honorable Trevor N. McFadden
United States District Judge