UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COALITION FOR HUMANE IMMIGRANT RIGHTS**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**, et al.,<br><br>Defendants. | Case No. 1:25-cv-00943 (TNM) |

## ORDER

The Court denied Plaintiffs' [4] Motion for Preliminary Injunction on April 10. *Coal. for Humane Immigrant Rts. v. U.S. Dep't of Homeland Sec.*, No. 1:25-cv-00943 (TNM), 2025 WL 1078776, at *1 (D.D.C. Apr. 10, 2025). Plaintiffs noticed their appeal two weeks later. Notice of Appeal, ECF No. 41. Notably, they did not seek an emergency stay from the Court of Appeals. Now, Plaintiffs move for an Injunction Pending Appeal. Mot. Inj. Pending Appeal, ECF No. 42.

The Court will not take off in another sprint now that Plaintiffs allege the previous Order was wrong, or alternatively, that they have fixed their mistakes. The Court already accommodated a tight deadline on the Plaintiffs' prior motion. *See* Mot. Prelim. Inj. at 2–3 (noting motion was filed on March 31 and requesting relief by April 11). Considering this history and the glut of emergency motions in this courthouse, the Court establishes the following briefing schedule for the Plaintiffs' Motion for an Injunction Pending Appeal. It is hereby

**ORDERED** that Defendants file a response to Plaintiffs' motion by May 19, 2025; and it is further

**ORDERED** that Plaintiffs file any Reply in support by May 27, 2025; and it is further

**ORDERED** that the parties appear for a motions hearing on June 6, 2025, at 11:00 a.m. in Courtroom 2 before Judge Trevor N. McFadden.

**SO ORDERED**.

Dated: April 29, 2025                                     TREVOR N. McFADDEN, U.S.D.J.