AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Coalition for Humane Immigrant Rights, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:25-cv-00943 |
| U.S. Department of Homeland Security, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Immigration Reform Law Institute                                                                    .

Date:      05/21/2025

/s/ Christopher J. Hajec

*Attorney's signature*

Christopher J. Hajec, DC Bar No. 492551

*Printed name and bar number*

Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001

*Address*

chajec@irli.org

*E-mail address*

(540) 205-7986

*Telephone number*

(202) 464-3590

*FAX number*