AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Coalition for Humane Immigrant Rights, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00943 |
| U.S. Department of Homeland Security, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Immigration Reform Law Institute.

Date: 05/21/2025

/s/ Matt Crapo
*Attorney's signature*

Matt A. Crapo, DC Bar No. 473355
*Printed name and bar number*

Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
*Address*

mcrapo@irli.org
*E-mail address*

(571) 435-3582
*Telephone number*

(202) 464-3590
*FAX number*