IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS *et al.,*<br><br>*Plaintiff*s,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>*Defendants*. | Civil Action No. 1:25-cv-00943 (TNM) |

**UNOPPOSED MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF BY THE IMMIGRATION REFORM LAW INSTITUTE IN OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF PENDING APPEAL**

In accordance with Local Rule 7(o), movant Immigration Reform Law Institute ("IRLI") respectfully seeks this Court's leave to file the accompanying *amicus curiae* brief in support of Defendants' motion for summary judgment. Counsel for *amicus* IRLI has conferred with counsel for all parties, and no party opposes the request for leave. In furtherance of this motion, *amicus* IRLI states as follows:

1.   IRLI is a nonprofit 501(c)(3) public interest law firm dedicated both to litigating immigration-related cases in the interests of United States citizens and to assisting courts in understanding federal immigration law. IRLI has litigated or filed *amicus curiae* briefs in a wide variety of immigration-related cases. For more than twenty years the Board of Immigration Appeals has solicited supplementary briefing, drafted by IRLI staff, from the Federation for American Immigration Reform, of which IRLI is a supporting organization. For these reasons,

1

IRLI has direct interests in the issues here.

2.      The proffered *amicus* brief discusses the purpose and history of alien registration, its significance to the public interest, and how the Interim Final Rule ("IFR") furthers this public interest by streamlining the registration process and allowing DHS to better achieve its congressionally mandated objectives. Furthermore, the brief demonstrates why the balance of equities weighs in favor of the IFR being upheld and against injunctive relief.

3.      Because these issues are relevant to this Court's decision on Plaintiffs' motion for injunctive relief pending appeal, IRLI's brief may aid the Court.

For the foregoing reasons, IRLI respectfully requests that the Court grant its motion for leave to file the accompanying brief as *amicus curiae*.

Dated: May 21, 2025                                  Respectfully submitted,

/s/ Christopher J. Hajec
CHRISTOPHER J. HAJEC
D.C. Bar No. 492551
MATT A. CRAPO
D.C. Bar No. 473355
GABRIEL CANAAN
D.C. Bar No. 90025172
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Ste 335
Washington, DC 20001
(202) 232-5590
chajec@irli.org
mcrapo@irli.org
gcanaan@irli.org

Counsel for *Amicus Curiae*
Immigration Reform Law Institute

## CERTIFICATE OF SERVICE

    I hereby certify that on this 21st day of May 2025, I electronically filed the foregoing motion—together with its accompanying *amicus* brief and proposed order—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the parties' counsel.

                                            /s/ Christopher J. Hajec