IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS *et al.*,<br><br>*Plaintiff*s,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>*Defendants*. | Civil Action No. 1:25-cv-00943 (TNM) |

**MOTION FOR LEAVE TO FILE A CORRECTED *AMICUS CURIAE* BRIEF BY THE IMMIGRATION REFORM LAW INSTITUTE IN OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF PENDING APPEAL**

In accordance with Local Rule 7(o), movant Immigration Reform Law Institute ("IRLI") respectfully seeks this Court's leave to file the accompanying corrected *amicus curiae* brief in support of Defendants and in opposition to Plaintiffs' motion for injunctive relief pending appeal. In furtherance of this motion, *amicus* IRLI states as follows:

1.  The attached corrected *amicus* brief is substantively identical to the brief submitted on Wednesday, May 21, 2025, but has been updated to comply with the requirements of Federal Rule of Appellate Procedure 29(a)(4) as mandated by Local Rule 7(o)(5).

2.  Otherwise, IRLI relies on the reasons set forth in its original motion for leave to file an *amicus* brief in this case. ECF Doc. 48.

      For the foregoing reasons, IRLI respectfully requests that the Court grant its motion for leave to file the accompanying corrected brief as *amicus curiae*.

Dated: May 23, 2025                            Respectfully submitted,

                                             /s/ Christopher J. Hajec
                                             CHRISTOPHER J. HAJEC
                                             D.C. Bar No. 492551
                                             MATT A. CRAPO
                                             D.C. Bar No. 473355
                                             GABRIEL CANAAN
                                             D.C. Bar No. 90025172
                                             Immigration Reform Law Institute
                                             25 Massachusetts Ave., NW, Ste 335
                                             Washington, DC 20001
                                             (202) 232-5590
                                             chajec@irli.org
                                             mcrapo@irli.org
                                             gcanaan@irli.org

                                             Counsel for *Amicus Curiae*
                                             Immigration Reform Law Institute

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 23rd day of May 2025, I electronically filed the foregoing motion—together with its accompanying corrected *amicus* brief and proposed order—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the parties' counsel.

    /s/ Christopher J. Hajec