IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>*Defendants*. | Civil Action No. 1:25-cv-00943 (TNM) |

# [PROPOSED] ORDER

Before the Court is the motion of Immigration Reform Law Institute for leave to file a corrected brief as *amicus curiae* in opposition to Plaintiffs' motion for injunctive relief pending appeal. For the reasons set forth by movant, the motion is GRANTED.

SO ORDERED.

Dated this ___day of May 2025

_____
THE HONORABLE TREVOR NEIL MCFADDEN
UNITED STATES DISTRICT JUDGE