# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, et al.,<br>    *Plaintiffs*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br>    *Defendants*. | Case No. 1:25-cv-00943 (TNM) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED SUMMARY JUDGMENT BRIEFING

Upon consideration of Plaintiffs' Motion for Expedited Summary Judgment Briefing Order, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and it is further

**ORDERED** that the following schedule is set for summary judgment briefing:

July 1, 2025: Defendants produce administrative record

July 11, 2025: Plaintiffs' Motion for Summary Judgment

July 21, 2025: Defendants' Opposition and Motion for Summary Judgment

July 28, 2025: Plaintiffs' Opposition and Reply

August 4, 2025: Defendants' Reply

**SO ORDERED** this ___ day of _____ 2025.

_____

The Honorable Trevor N. McFadden

United States District Judge