UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00943-TNM |

**NOTICE OF APPEAL FROM DENIAL OF INJUNCTIVE RELIEF**

PLEASE TAKE NOTICE that Plaintiffs Coalition for Humane Immigrant Rights, United Farmworkers of America, CASA, Inc., and Make the Road New York hereby appeal to the U.S. Court of Appeals for the District of Columbia Circuit from this Court's June 12, 2025, Memorandum Order (ECF No. 53) denying Plaintiffs' motion for an injunction pending appeal.

Dated: June 25, 2025

Respectfully submitted,

*/s/ Emma Winger*

| | |
|---|---|
| Lynn Damiano Pearson* <br> Cassandra Charles* <br> Joanna Cuevas Ingram* <br> National Immigration Law Center <br> P.O. Box 34573 <br> Washington, D.C.  20043 <br> Tel: (213) 639-3900 <br> Fax: (213) 639-3911 <br> damianopearson@nilc.org <br> charles@nilc.org <br> cuevasingram@nilc.org | Emma Winger (DC Bar No. 90010721) <br> Michelle Lapointe (DC Bar No. 90032063) <br> Leslie K. Dellon (DC Bar No. 250316) <br> Chris Opila (DC Bar No. 90029724) <br> American Immigration Council <br> PMB2026 <br> 2001 L Street, NW, Suite 500 <br> Washington, DC 20036 <br> Tel: (202) 507-7645 <br> ewinger@immcouncil.org <br> mlapointe@immcouncil.org <br> ldellon@immcouncil.org <br> copila@immcouncil.org |
| Jennifer R. Coberly (DDC Bar No. 90031302) <br> American Immigration Lawyers Association <br> 1331 G. St. NW <br> Washington, DC 20005 | Cody Wofsy (DDC Bar No. CA00103) <br> American Civil Liberties Union Foundation, <br> Immigrants' Rights Project <br> 425 California St, 7th Floor |

Tel: (202) 507-7692  
Jcoberly@AILA.org

San Francisco, CA 94104  
Tel: (415) 343-0770  
cwofsy@aclu.org

Anthony Enriquez (DDC Bar No. NY0626)  
Sarah T. Gillman (DDC Bar No. NY0316)  
Robert F. Kennedy Human Rights  
88 Pine Street, Suite 801  
New York, NY 10005  
(917) 284-6355  
enriquez@rfkhumanrights.org  
gillman@rfkhumanrights.org

Sarah E. Decker (DDC Bar No. NY0566)  
Robert F. Kennedy Human Rights  
1300 19th Street NW, Suite 750  
Washington, DC 20036  
(202) 559-4432  
decker@rfkhumanights.org

*\* Admitted Pro Hac Vice*