UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY*, et al,*<br><br>    Defendants. | Civil Action No. 1:25-cv-00943 (TNM) |

## **MOTION FOR EXTENSION OF TIME**

By and through undersigned counsel, Defendants respectfully move to extend the deadline to respond to Plaintiffs' Motion for Preliminary Injunction (ECF No. 54) by two days—*i.e.*, until June 27, 2025. Plaintiffs, through counsel, have indicated that they do not oppose the relief requested. The grounds for this motion are as follows.

Plaintiffs recently renewed their motion for a preliminary injunction after this Court initially denied both their motion for a preliminary injunction as well as their motion to stay the case while they appealed that initial denial. Defendants' opposition to the latest effort is due June 25, 2025.

Good cause exists to grant this motion: namely, the need for undersigned counsel to have additional time to coordinate with the relevant agencies and to comply with mandatory internal review policies. A recent spate of emergency deadlines and other filings have delayed that process, such that undersigned requires the requested extension. There are no other deadlines pending that would be affected by the requested extension, nor is there any risk of prejudice, given that Plaintiffs do not oppose the motion.

- 2 -

WHEREFORE, Defendants respectfully request that the deadline to respond to Plaintiffs' Motion for Preliminary Injunction be extended through and including June 27, 2025.

Dated: June 25, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al*,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-00943 (TNM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension of time to respond to Plaintiffs' Motion for Preliminary Injunction, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including June 27, 2025, to file their response.

SO ORDERED:

_____　　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　United States District Judge