UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY*, et al,*<br><br>    Defendants. | Civil Action No. 1:25-cv-00943 (TNM) |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS'
RENEWED MOTION FOR PRELIMINARY INJUNCTION**

Defendants, by and through the undersigned counsel, respectfully file this memorandum in opposition to Plaintiffs' Renewed Motion for Preliminary Injunction (ECF No. 54, "Pl.'s Mot."). For the reasons discussed below and in the prior briefing on this matter, the Court should deny Plaintiffs' motion.

As Plaintiffs concede at the outset, this Court has already denied their first motion for a preliminary injunction (ECF No. 27) and has also denied Plaintiffs' motion for a stay pending their appeal of that denial (ECF No. 53). Indeed, in that second order, this Court made clear that "Plaintiffs could not have met their burden to show irreparable harm even if this were a motion for preliminary injunction." Order (ECF No. 53) at 12. Small surprise, then, that Plaintiffs' latest effort provides no additional evidence, nor does it cite to any legal precedent, but instead "seek[s] a formal denial order" as "a formality." Pl's Mot. at 1, 3.

Defendants offer no position on whether such a "formality" is necessary, or whether it is appropriate—or permissible—to move this Court to essentially rewrite its earlier opinion denying

Plaintiffs a preliminary injunction, merely at Plaintiffs' request. Plaintiffs have already appealed this Court's decision (Case No. 25-5152), and they have additionally noticed an appeal[1] of this Court's subsequent denial of their motion to stay pending appeal. *See* Case No. 25-5233; ECF No. 56. Defendants instead merely reiterate the arguments they have already made twice—and which this Court has already addressed twice—and incorporate those arguments by reference here. This Court has already denied Plaintiffs a preliminary injunction and has made clear that it is not inclined to change its position; Defendants respectfully argue that, to the extent this Court intends to address the "formality" at all, it denies that preliminary injunction a third time.

Dated: June 27, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

 */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. 983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for United States of America*

---

[1] Defendants are aware of no authority that permits appealing this Court's denial of a motion to stay the case pending appeal, when said appeal has already been taken; nevertheless, Plaintiffs have noticed this second appeal and the Circuit has consolidated the matters.