UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, et al.,<br>    *Plaintiffs*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br>    *Defendants*. | Case No. 1:25-cv-00943 (TNM) |

**PLAINTIFFS' REPLY IN SUPPORT OF RENEWED MOTION FOR STAY UNDER 5 U.S.C. § 705 OR PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, INJUNCTION PENDING APPEAL**

Plaintiffs and Defendants agree that the Court has made clear that it would deny Plaintiffs' renewed motion for a stay or preliminary injunction. Plaintiffs only ask that the Court issue a formal denial reflecting the Court's current reasoning in order to clarify the issues for the court of appeals. Plaintiffs' consolidated appeals from the Court's original order and the Court's denial of an injunction pending appeal are stayed pending the outcome of this motion. Dkt No. 2122431, Case No. 25-5152. Plaintiffs defer to the Court on the most efficient way to resolve this motion, but propose that the Court issue an order that denies Plaintiffs' renewed motion for a stay and preliminary injunction for the reasons stated in the Court's June 12 memorandum order denying an injunction pending appeal, ECF No. 53.

Dated: June 30, 2025                                    Respectfully submitted,

                                                        */s/ Emma Winger*
Lynn Damiano Pearson*                                   Emma Winger (DC Bar No. 90010721)
Cassandra Charles*                                      Michelle Lapointe (DC Bar No. 90032063)
Joanna Cuevas Ingram*                                   Leslie K. Dellon (DC Bar No. 250316)

1

National Immigration Law Center
P.O. Box 34573
Washington, D.C. 20043
Tel: (213) 639-3900
Fax: (213) 639-3911
damianopearson@nilc.org
charles@nilc.org
cuevasingram@nilc.org

Chris Opila (DC Bar No. 90029724)
American Immigration Council
PMB2026
2001 L Street, NW, Suite 500
Washington, DC 20036
Tel: (202) 507-7645
ewinger@immcouncil.org
mlapointe@immcouncil.org
ldellon@immcouncil.org
copila@immcouncil.org

Jennifer R. Coberly (DDC Bar No. 90031302)
American Immigration Lawyers Association
1331 G. St. NW
Washington, DC 20005
Tel: (202) 507-7692
Jcoberly@AILA.org

Cody Wofsy (DDC Bar No. CA00103)
American Civil Liberties Union Foundation,
Immigrants' Rights Project
425 California St, 7th Floor
San Francisco, CA 94104
Tel: (415) 343-0770
cwofsy@aclu.org

Anthony Enriquez (DDC Bar No. NY0626)
Sarah T. Gillman (DDC Bar No. NY0316)
Robert F. Kennedy Human Rights
88 Pine Street, Suite 801
New York, NY 10005
(917) 284-6355
enriquez@rfkhumanrights.org
gillman@rfkhumanrights.org

\* *Admitted Pro Hac Vice*
\*\* *Pro Hac Vice application forthcoming*

Sarah E. Decker (DDC Bar No. NY0566)
Robert F. Kennedy Human Rights
1300 19th Street NW, Suite 750
Washington, DC 20036
(202) 559-4432
decker@rfkhumanights.org