UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.*,<br><br>  Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-00943-TNM |

**NOTICE OF APPEAL FROM DENIAL OF INJUNCTIVE RELIEF**

PLEASE TAKE NOTICE that Plaintiffs Coalition for Humane Immigrant Rights, United Farmworkers of America, CASA, Inc., and Make the Road New York hereby appeal to the U.S. Court of Appeals for the District of Columbia Circuit from this Court's constructive denial of Plaintiffs' renewed motion for a stay under 5 U.S.C. § 705 or preliminary injunction (ECF No. 54).

Dated: July 8, 2025

Respectfully submitted,

*/s/ Emma Winger*

| | |
|---|---|
| Lynn Damiano Pearson*<br>Cassandra Charles*<br>Joanna Cuevas Ingram*<br>National Immigration Law Center<br>P.O. Box 34573<br>Washington, D.C. 20043<br>Tel: (213) 639-3900<br>Fax: (213) 639-3911<br>damianopearson@nilc.org<br>charles@nilc.org<br>cuevasingram@nilc.org | Emma Winger (DC Bar No. 90010721)<br>Michelle Lapointe (DC Bar No. 90032063)<br>Leslie K. Dellon (DC Bar No. 250316)<br>Chris Opila (DC Bar No. 90029724)<br>American Immigration Council<br>PMB2026<br>2001 L Street, NW, Suite 500<br>Washington, DC 20036<br>Tel: (202) 507-7645<br>ewinger@immcouncil.org<br>mlapointe@immcouncil.org<br>ldellon@immcouncil.org<br>copila@immcouncil.org |

<div style="display: flex;">

Jennifer R. Coberly (DDC Bar No. 90031302)
American Immigration Lawyers Association
1331 G. St. NW
Washington, DC 20005
Tel: (202) 507-7692
Jcoberly@AILA.org

Cody Wofsy (DDC Bar No. CA00103)
American Civil Liberties Union Foundation,
Immigrants' Rights Project
425 California St, 7th Floor
San Francisco, CA 94104
Tel: (415) 343-0770
cwofsy@aclu.org

Anthony Enriquez (DDC Bar No. NY0626)
Sarah T. Gillman (DDC Bar No. NY0316)
Robert F. Kennedy Human Rights
88 Pine Street, Suite 801
New York, NY 10005
(917) 284-6355
enriquez@rfkhumanrights.org
gillman@rfkhumanrights.org

Sarah E. Decker (DDC Bar No. NY0566)
Robert F. Kennedy Human Rights
1300 19th Street NW, Suite 750
Washington, DC 20036
(202) 559-4432
decker@rfkhumanights.org

</div>

*Admitted Pro Hac Vice*