APPEAL,TYPE−D

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:25−cv−00943−TNM</u>
### *Internal Use Only*

COALITION FOR HUMANE IMMIGRANT RIGHTS et al v.
U.S. DEPARTMENT OF HOMELAND SECURITY et al
Assigned to: Judge Trevor N. McFadden
Case in other court:  USCA, 25−05152
                      USCA, 25−05233
Cause: 05:551 Administrative Procedure Act

Date Filed: 03/31/2025
Jury Demand: None
Nature of Suit: 899 Administrative
Procedure Act/Review or Appeal of
Agency Decision
Jurisdiction: U.S. Government Defendant

**<u>Plaintiff</u>**

**COALITION FOR HUMANE
IMMIGRANT RIGHTS**

represented by **Anthony Enriquez**
ROBERT F. KENNEDY HUMAN
RIGHTS
80 Pine Street
Suite 801
New York, NY 10005
917−941−9141
Email: enriquez@rfkhumanrights.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emma Curtis Winger**
AMERICAN IMMIGRATION COUNCIL
Pmb2026
2001 L Street N.W.
Suite 500
Washington, DC 20036
202−507−7512
Email: ewinger@immcouncil.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Lapointe**
AMERICAN IMMIGRATION COUNCIL
Pmb2026
2001 L Street N.W.
Suite 500
Washington, DC 20036
202−507−7645
Email: mlapointe@immcouncil.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cassandra Charles**
NATIONAL IMMIGRATION LAW

1

CENTER
P.O. Box 34573
Washington, DC 20043
213−639−3900
Fax: 213−639−3911
Email: charles@nilc.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chris Opila**
AMERICAN IMMIGRATION COUNCIL
Pmb2026
2001 L Street N.W.,
Suite 500
Washington, DC 20036
202−507−7699
Email: copila@immcouncil.org
*ATTORNEY TO BE NOTICED*

**Cody H. Wofsy**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street
Suite 7th Floor
San Francisco, CA 94104
415−343−0785
Email: cwofsy@aclu.org
*ATTORNEY TO BE NOTICED*

**Jennifer Coberly**
AMERICAN IMMIGRATION
LAWYERS ASSOCIATION
1331 G Street
Suite 300
20005
Washington, DC 20005
202−507−7692
Email: jcoberly@aila.org
*ATTORNEY TO BE NOTICED*

**Joanna Cuevas Ingram**
NATIONAL IMMIGRATION LAW
CENTER
P.O. Box 34573
Washington, DC 20043
213−377−5258
Fax: 213−639−3911
Email: cuevasingram@nilc.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Karen Dellon**

2

AMERICAN IMMIGRATION COUNCIL
Pmb2026
2001 L Street N.W.
Suite 500
Washington, DC 20036
(202) 507−7530
Fax: (202) 742−5619
Email: ldellon@immcouncil.org
*ATTORNEY TO BE NOTICED*

**Lynn Damiano Pearson**
NATIONAL IMMIGRATION LAW
CENTER
P.O. Box 34573
Washington, DC 20043
213−639−3900
Fax: 213−639−3911
Email: damianopearson@nilc.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Decker**
ROBERT F. KENNEDY HUMAN
RIGHTS
Washington
1300 19th Street NW
Suite #750
20036
Washington, DC 20036
908−967−3245
Email: decker@rfkhumanrights.org
*ATTORNEY TO BE NOTICED*

**Sarah Telo Gillman**
ROBERT F. KENNEDY HUMAN
RIGHTS (RFK HUMAN RIGHTS)
88 Pine Street
Suite 801
New York, NY 10005
646−289−5593
Email: gillman@rfkhumanrights.org
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **UNITED FARM WORKERS OF AMERICA** | represented by | **Anthony Enriquez**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Emma Curtis Winger**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Michelle Lapointe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cassandra Charles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chris Opila**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cody H. Wofsy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Coberly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joanna Cuevas Ingram**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Karen Dellon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn Damiano Pearson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Decker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Telo Gillman**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**CASA, INC.**                    represented by    **Anthony Enriquez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

4

**Emma Curtis Winger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Lapointe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cassandra Charles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chris Opila**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cody H. Wofsy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Coberly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joanna Cuevas Ingram**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Karen Dellon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn Damiano Pearson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Decker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Telo Gillman**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**MAKE THE ROAD NEW YORK**                represented by **Anthony Enriquez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Lapointe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cassandra Charles**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chris Opila**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cody H. Wofsy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Coberly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joanna Cuevas Ingram**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Karen Dellon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn Damiano Pearson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Decker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Telo Gillman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emma Curtis Winger**
(See above for address)

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**U.S. DEPARTMENT OF**                    represented by   **Kartik Narayan Venguswamy**
**HOMELAND SECURITY**                                      DOJ−USAO
                                                          601 D Street NW
                                                          Washington, DC 20579
                                                          (202) 252−1790
                                                          Email: kartik.venguswamy@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ernesto Horacio Molina , Jr.**
                                                          U.S. DEPARTMENT OF JUSTICE
                                                          PO BOX 878
                                                          Ben Franklin Station
                                                          Washington, DC 20044
                                                          (202) 616−9344
                                                          Email: ernesto.h.molina@usdoj.gov
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**KRISTI NOEM**                           represented by   **Kartik Narayan Venguswamy**
*in her official capacity as Secretary of the*            (See above for address)
*Department of Homeland Security*                         *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ernesto Horacio Molina , Jr.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. CITIZENSHIP AND**                  represented by   **Kartik Narayan Venguswamy**
**IMMIGRATION SERVICES**                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ernesto Horacio Molina , Jr.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**KIKA SCOTT**                            represented by   **Kartik Narayan Venguswamy**
*in her official capacity as Senior Official*             (See above for address)
*Performing the Duties of the Director,*                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ernesto Horacio Molina , Jr.**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. IMMIGRATION AND**
**CUSTOMS ENFORCEMENT**

represented by **Kartik Narayan Venguswamy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernesto Horacio Molina , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**TODD M. LYONS**
*in his official capacity as Acting Director,*
*U.S. Immigration and Customs*
*Enforcement*

represented by **Kartik Narayan Venguswamy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernesto Horacio Molina , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. CUSTOMS AND BORDER**
**PROTECTION**

represented by **Kartik Narayan Venguswamy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernesto Horacio Molina , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PETE R. FLORES**
*in his official capacity as Acting*
*Commissioner, U.S. Customs and Border*
*Protection*

represented by **Kartik Narayan Venguswamy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernesto Horacio Molina , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. DEPARTMENT OF JUSTICE**

represented by **Kartik Narayan Venguswamy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernesto Horacio Molina , Jr.**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PAMELA J. BONDI**
*in her official capacity as Attorney
General*

represented by **Kartik Narayan Venguswamy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernesto Horacio Molina , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**IMMIGRATION REFORM LAW
INSTITUTE**

represented by **Christopher Joseph Hajec**
IMMIGRATION REFORM LAW
INSTITUTE
25 Massachusetts Avenue, NW
Suite 335
Washington, DC 20001
(202) 232−5590
Fax: (202) 464−3590
Email: chajec@irli.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matt A. Crapo**
IMMIGRATION REFORM LAW
INSTITUTE
25 Massachusetts Avenue, NW
Suite 335
Washington, DC 20001
571−435−3582
Email: mcrapo@irli.org
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2025 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405 receipt number ADCDC−11578932) filed by CASA, INC., UNITED FARM WORKERS OF AMERICA, COALITION FOR HUMANE IMMIGRANT RIGHTS, MAKE THE ROAD NEW YORK. (Attachments: # 1 Civil Cover Sheet, # 2 Summons DHS, # 3 Summons Secretary of DHS, # 4 Summons USCIS, # 5 Summons Director of USCIS, # 6 Summons ICE, # 7 Summons Director of ICE, # 8 Summons CBP, # 9 Summons Commissioner of CBP, # 10 Summons DOJ, # 11 Summons Attorney General, # 12 Summons USAO)(Winger, Emma) (Entered: 03/31/2025) |
| 03/31/2025 | 2 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by COALITION FOR HUMANE IMMIGRANT RIGHTS, UNITED FARM WORKERS OF AMERICA, CASA, INC., MAKE THE ROAD NEW YORK (Winger, Emma) (Entered: 03/31/2025) |

| 03/31/2025 | 3 | NOTICE of Appearance by Emma Curtis Winger on behalf of All Plaintiffs (Winger, Emma) (Entered: 03/31/2025) |
|---|---|---|
| 03/31/2025 | 4 | MOTION to Stay *Effective Date*, MOTION for Preliminary Injunction , MOTION to Expedite *Consideration* by COALITION FOR HUMANE IMMIGRANT RIGHTS, UNITED FARM WORKERS OF AMERICA, CASA, INC., MAKE THE ROAD NEW YORK. (Attachments: # 1 Memorandum in Support, # 2 Declaration Angelica Salas, # 3 Declaration Elizabeth Strater, # 4 Declaration George Escobar, # 5 Declaration Sienna Fontaine, # 6 Text of Proposed Order)(Winger, Emma) (Entered: 03/31/2025) |
| 04/01/2025 | | Case Assigned to Judge Trevor N. McFadden. (znmw) (Entered: 04/01/2025) |
| 04/01/2025 | 5 | SUMMONS (11) Issued Electronically as to All Defendants, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Notice and Consent)(znmw) (Entered: 04/01/2025) |
| 04/01/2025 | 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jennifer Rae Coberly, Filing fee $ 100, receipt number ADCDC−11581163. Fee Status: Fee Paid. by COALITION FOR HUMANE IMMIGRANT RIGHTS, UNITED FARM WORKERS OF AMERICA, CASA, INC., MAKE THE ROAD NEW YORK. (Attachments: # 1 Exhibit Coberly Declaration, # 2 Good Standing Cert., # 3 Text of Proposed Order Proposed Order)(Dellon, Leslie) (Entered: 04/01/2025) |
| 04/01/2025 | 7 | NOTICE of Appearance by Chris Opila on behalf of All Plaintiffs (Opila, Chris) (Entered: 04/01/2025) |
| 04/01/2025 | 8 | NOTICE of Appearance by Cody H. Wofsy on behalf of All Plaintiffs (Wofsy, Cody) (Main Document 8 replaced on 4/3/2025) (mg). (Entered: 04/01/2025) |
| 04/01/2025 | 9 | NOTICE of Appearance by Ernesto Horacio Molina, Jr on behalf of All Defendants (Molina, Ernesto) (Entered: 04/01/2025) |
| 04/01/2025 | | MINUTE ORDER: It is ORDERED that a telephonic scheduling conference shall be held today, April 1, 2025, at 4:30 p.m.. Dial−in information has been provided to the parties. SO ORDERED. Signed by Judge Trevor N. McFadden on 4/1/2025. (lctnm3). (Entered: 04/01/2025) |
| 04/01/2025 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Telephonic Scheduling Conference held on 4/1/2025. Defendant's Opposition due by noon on 4/4/2025. Plaintiff's Reply due by noon on 4/7/2025. Motion Hearing set for 4/8/2025 at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden. (Court Reporter: Lisa Edwards.) (hmc) (Entered: 04/01/2025) |
| 04/02/2025 | 10 | NOTICE of Appearance− Pro Bono by Sarah Telo Gillman on behalf of All Plaintiffs (Gillman, Sarah) (Entered: 04/02/2025) |
| 04/02/2025 | 11 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Michelle Lapointe, Filing fee $ 100, receipt number ADCDC−11586002. Fee Status: Fee Paid. by COALITION FOR HUMANE IMMIGRANT RIGHTS, UNITED FARM WORKERS OF AMERICA, CASA, INC., MAKE THE ROAD NEW YORK. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Opila, Chris) (Entered: 04/02/2025) |
| 04/03/2025 | 12 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Anthony Enriquez, Fee Status: No Fee Paid. by COALITION FOR HUMANE IMMIGRANT RIGHTS, UNITED FARM WORKERS OF AMERICA, CASA, INC., MAKE THE ROAD |

| | | |
|---|---|---|
| | | NEW YORK. (Attachments: # <u>1</u> Declaration, # <u>2</u> Exhibit Certificate of Good Standing, # <u>3</u> Text of Proposed Order)(Gillman, Sarah) (Entered: 04/03/2025) |
| 04/04/2025 | <u>13</u> | MOTION for Order *To Provide Remote Public Telephonic Access to Courtroom for April 8, 2025 Hearing* by COALITION FOR HUMANE IMMIGRANT RIGHTS, UNITED FARM WORKERS OF AMERICA, CASA, INC., MAKE THE ROAD NEW YORK. (Attachments: # <u>1</u> Text of Proposed Order Proposed Order)(Dellon, Leslie) (Entered: 04/04/2025) |
| 04/04/2025 | | MINUTE ORDER: The <u>12</u> Motion for Leave to Appear Pro Hac Vice is GRANTED. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** <u>Click for instructions.</u> Signed by Judge Trevor N. McFadden on 4/4/2025. (lctnm3). (Entered: 04/04/2025) |
| 04/04/2025 | | MINUTE ORDER granting <u>11</u> Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** <u>Click for instructions.</u> Signed by Judge Trevor N. McFadden on 4/4/2025. (lctnm3). (Entered: 04/04/2025) |
| 04/04/2025 | | MINUTE ORDER granting <u>6</u> Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** <u>Click for instructions.</u> Signed by Judge Trevor N. McFadden on 4/4/2025. (lctnm3). (Entered: 04/04/2025) |
| 04/04/2025 | <u>14</u> | NOTICE of Appearance by Michelle Lapointe on behalf of All Plaintiffs (Lapointe, Michelle) (Entered: 04/04/2025) |
| 04/04/2025 | <u>15</u> | Memorandum in opposition to re <u>4</u> Motion to Stay,, Motion for Preliminary Injunction,, Motion to Expedite, filed by TODD M. LYONS, U.S. CUSTOMS AND BORDER PROTECTION, PETE R. FLORES, U.S. DEPARTMENT OF JUSTICE, PAMELA J. BONDI, U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, KIKA SCOTT, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT. (Venguswamy, Kartik) (Entered: 04/04/2025) |
| 04/04/2025 | <u>16</u> | NOTICE of Appearance by Kartik Narayan Venguswamy on behalf of All Defendants (Venguswamy, Kartik) (Entered: 04/04/2025) |
| 04/04/2025 | <u>17</u> | NOTICE of Appearance by Jennifer Coberly on behalf of All Plaintiffs (Coberly, Jennifer) (Entered: 04/04/2025) |
| 04/04/2025 | <u>18</u> | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Joanna Elise Cuevas Ingram, Filing fee $ 100, receipt number ADCDC−11592935. Fee Status: Fee Paid. by COALITION FOR HUMANE IMMIGRANT RIGHTS, UNITED FARM WORKERS OF AMERICA, CASA, INC., MAKE THE ROAD NEW YORK. (Attachments: # <u>1</u> Declaration, # <u>2</u> Exhibit Certificate of Good Standing, # <u>3</u> Text of Proposed Order)(Opila, Chris) (Entered: 04/04/2025) |
| 04/04/2025 | <u>19</u> | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Lynn Damiano Pearson, Filing fee $ 100, receipt number ADCDC−11593021. Fee Status: Fee Paid. by COALITION FOR HUMANE IMMIGRANT RIGHTS, UNITED FARM WORKERS OF AMERICA, CASA, INC., MAKE THE ROAD NEW YORK. (Attachments: # <u>1</u> Declaration, # <u>2</u> Exhibit Letter of Good Standing, # <u>3</u> Text of Proposed Order)(Opila, Chris) (Entered: 04/04/2025) |
| 04/05/2025 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER granting <u>18</u> Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** <u>Click for instructions.</u> Signed by Judge Trevor N. McFadden on 4/5/2025. (lctnm3). (Entered: 04/05/2025) |
| 04/05/2025 | | MINUTE ORDER granting <u>19</u> Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** <u>Click for instructions.</u> Signed by Judge Trevor N. McFadden on 4/5/2025. (lctnm3). (Entered: 04/05/2025) |
| 04/07/2025 | <u>20</u> | REPLY to opposition to motion re <u>4</u> Motion to Stay,, Motion for Preliminary Injunction,, Motion to Expedite, filed by CASA, INC., COALITION FOR HUMANE IMMIGRANT RIGHTS, MAKE THE ROAD NEW YORK, UNITED FARM WORKERS OF AMERICA. (Lapointe, Michelle) (Entered: 04/07/2025) |
| 04/07/2025 | <u>21</u> | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Cassandra Charles, Filing fee $ 100, receipt number ADCDC−11596063. Fee Status: Fee Paid. by CASA, INC., COALITION FOR HUMANE IMMIGRANT RIGHTS, MAKE THE ROAD NEW YORK, UNITED FARM WORKERS OF AMERICA. (Attachments: # <u>1</u> Declaration, # <u>2</u> Exhibit Certificate of Good Standing, # <u>3</u> Text of Proposed Order)(Opila, Chris) (Entered: 04/07/2025) |
| 04/07/2025 | | MINUTE ORDER: The <u>13</u> Motion for Order for Remote Access is DENIED. SO ORDERED. Signed by Judge Trevor N. McFadden on 4/7/2025. (lctnm3). (Entered: 04/07/2025) |
| 04/07/2025 | | MINUTE ORDER granting <u>21</u> Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** <u>Click for instructions.</u> Signed by Judge Trevor N. McFadden on 4/7/2025. (lctnm3). (Entered: 04/07/2025) |
| 04/07/2025 | <u>22</u> | NOTICE of Appearance by Sarah Decker on behalf of All Plaintiffs (Decker, Sarah) (Main Document 22 replaced on 4/8/2025) (mg). (Entered: 04/07/2025) |
| 04/08/2025 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Motion Hearing held on 4/8/2025 re <u>4</u> MOTION to Stay *Effective Date,* MOTION for Preliminary Injunction, MOTION to Expedite *Consideration* filed by CASA, INC., UNITED FARM WORKERS OF AMERICA, COALITION FOR HUMANE IMMIGRANT RIGHTS, MAKE THE ROAD NEW YORK. Matter held under advisement. (Court Reporter: Lisa Edwards.) (hmc) (Entered: 04/08/2025) |
| 04/08/2025 | <u>23</u> | NOTICE of Appearance by Joanna Cuevas Ingram on behalf of All Plaintiffs (Cuevas Ingram, Joanna) (Entered: 04/08/2025) |
| 04/08/2025 | <u>24</u> | NOTICE of Appearance by Cassandra Charles on behalf of All Plaintiffs (Charles, Cassandra) (Entered: 04/08/2025) |
| 04/08/2025 | <u>25</u> | NOTICE of Appearance by Lynn Damiano Pearson on behalf of All Plaintiffs (Damiano Pearson, Lynn) (Entered: 04/08/2025) |
| 04/08/2025 | <u>26</u> | NOTICE OF SUPPLEMENTAL AUTHORITY by CASA, INC., COALITION FOR HUMANE IMMIGRANT RIGHTS, MAKE THE ROAD NEW YORK, UNITED FARM WORKERS OF AMERICA (Winger, Emma) (Entered: 04/08/2025) |
| 04/10/2025 | <u>27</u> | MEMORANDUM ORDER denying Plaintiffs' <u>4</u> Motion to Stay Effective Date or Motion for Preliminary Injunction in the Alternative. See attached Order for details. |

| | | |
|---|---|---|
| | | Signed by Judge Trevor N. McFadden on 4/10/2025. (lctnm3). (Entered: 04/10/2025) |
| 04/15/2025 | 28 | TRANSCRIPT OF MOTION HEARING before Judge Trevor N. McFadden held on April 8, 2025; Page Numbers: 1−45. Date of Issuance:April 15, 2025. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/6/2025. Redacted Transcript Deadline set for 5/16/2025. Release of Transcript Restriction set for 7/14/2025.(Edwards, Lisa) (Entered: 04/15/2025) |
| 04/23/2025 | 29 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 4/1/2025. Answer due for ALL FEDERAL DEFENDANTS by 5/31/2025. (Attachments: # 1 Exhibit Proof of Service)(Dellon, Leslie) (Entered: 04/23/2025) |
| 04/23/2025 | 30 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 4/8/2025. (Attachments: # 1 Exhibit Proof of Service)(Dellon, Leslie) (Entered: 04/23/2025) |
| 04/23/2025 | 31 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PAMELA J. BONDI served on 4/8/2025 (Attachments: # 1 Exhibit Proof of Service)(Dellon, Leslie) (Entered: 04/23/2025) |
| 04/23/2025 | 32 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. DEPARTMENT OF HOMELAND SECURITY served on 4/11/2025 (Attachments: # 1 Exhibit Proof of Service)(Dellon, Leslie) (Entered: 04/23/2025) |
| 04/23/2025 | 33 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. KRISTI NOEM served on 4/9/2025 (Attachments: # 1 Exhibit Proof of Service)(Dellon, Leslie) (Entered: 04/23/2025) |
| 04/23/2025 | 34 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. DEPARTMENT OF JUSTICE served on 4/8/2025 (Attachments: # 1 Exhibit Proof of Service)(Dellon, Leslie) (Entered: 04/23/2025) |
| 04/23/2025 | 35 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. TODD M. LYONS served on 4/7/2025 (Attachments: # 1 Exhibit Proof of Service)(Dellon, Leslie) (Entered: 04/23/2025) |
| 04/23/2025 | 36 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT served on 4/10/2025 |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit Proof of Service)(Dellon, Leslie) (Entered: 04/23/2025) |
| 04/23/2025 | 37 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PETE R. FLORES served on 4/7/2025 (Attachments: # 1 Exhibit Proof of Service)(Dellon, Leslie) (Entered: 04/23/2025) |
| 04/23/2025 | 38 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. CUSTOMS AND BORDER PROTECTION served on 4/7/2025 (Attachments: # 1 Exhibit Proof of Service)(Dellon, Leslie) (Entered: 04/23/2025) |
| 04/23/2025 | 39 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. CITIZENSHIP AND IMMIGRATION SERVICES served on 4/10/2025 (Attachments: # 1 Exhibit Proof of Service)(Dellon, Leslie) (Entered: 04/23/2025) |
| 04/23/2025 | 40 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. KIKA SCOTT served on 4/7/2025 (Attachments: # 1 Exhibit Proof of Service)(Dellon, Leslie) (Entered: 04/23/2025) |
| 04/24/2025 | 41 | NOTICE OF APPEAL TO DC CIRCUIT COURT by CASA, INC., COALITION FOR HUMANE IMMIGRANT RIGHTS, MAKE THE ROAD NEW YORK, UNITED FARM WORKERS OF AMERICA. Filing fee $ 605, receipt number ADCDC−11643221. Fee Status: Fee Paid. Parties have been notified. (Lapointe, Michelle) (Entered: 04/24/2025) |
| 04/24/2025 | 42 | MOTION for Injunction *Pending Appeal* by CASA, INC., COALITION FOR HUMANE IMMIGRANT RIGHTS, MAKE THE ROAD NEW YORK, UNITED FARM WORKERS OF AMERICA. (Attachments: # 1 Exhibit A − Hearing Transcript, # 2 Exhibit B − Criminal Complaints Under 8 U.S.C. § 1306(a), # 3 Declaration Ex. C − Declaration of UFW Member Ana, # 4 Declaration Ex. D − Declaration of UFW Member Gloria, # 5 Declaration Ex. E − Declaration of CHIRLA Member Luisa, # 6 Declaration Ex. F − Declaration of CHIRLA Member Ursela, # 7 Declaration Ex. G − Declaration of CHIRLA Member Tiana, # 8 Declaration Ex. H − Declaration of MRNY Member Guvelia, # 9 Declaration Ex. I −Declaration of CASA Member YL, # 10 Declaration Ex. J − Declaration of CASA Member ME, # 11 Declaration Ex. K − Declaration of CASA Member JC, # 12 Declaration Ex. L − Declaration of CASA Member ALDC, # 13 Declaration Ex. M − Declaration of CASA Member NC, # 14 Declaration Ex. N − Declaration of CASA Member PH, # 15 Declaration Ex. O − Declaration of Milagros Cisneros, # 16 Text of Proposed Order)(Lapointe, Michelle) (Entered: 04/24/2025) |
| 04/25/2025 | 43 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 41 Notice of Appeal to DC Circuit Court,. (mg) (Entered: 04/25/2025) |
| 04/28/2025 | | USCA Case Number 25−5152 for 41 Notice of Appeal to DC Circuit Court, filed by CASA, INC., UNITED FARM WORKERS OF AMERICA, COALITION FOR HUMANE IMMIGRANT RIGHTS, MAKE THE ROAD NEW YORK. (mg) (Entered: 04/28/2025) |
| 04/29/2025 | 44 | ORDER setting briefing schedule on Plaintiffs' 42 Motion for Injunction Pending Appeal. Response due May 19, 2025. Reply due May 27, 2025. The parties are further ORDERED to appear for a motions hearing on June 6, 2025, at 11:00 a.m. in Courtroom 2 before Judge Trevor N. McFadden. See attached Order for details. Signed by Judge Trevor N. McFadden on 4/29/2025. (lctnm3). (Entered: 04/29/2025) |

| 05/19/2025 | 45 | Memorandum in opposition to re 42 MOTION for Injunction *Pending Appeal* filed by PAMELA J. BONDI, PETE R. FLORES, TODD M. LYONS, KRISTI NOEM, KIKA SCOTT, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. DEPARTMENT OF JUSTICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT. (Venguswamy, Kartik) (Entered: 05/19/2025) |
|---|---|---|
| 05/21/2025 | 46 | NOTICE of Appearance by Christopher Joseph Hajec on behalf of IMMIGRATION REFORM LAW INSTITUTE (Hajec, Christopher) (Entered: 05/21/2025) |
| 05/21/2025 | 47 | NOTICE of Appearance by Matt A. Crapo on behalf of IMMIGRATION REFORM LAW INSTITUTE (Crapo, Matt) (Entered: 05/21/2025) |
| 05/21/2025 | 48 | Unopposed MOTION for Leave to File Amicus Brief by IMMIGRATION REFORM LAW INSTITUTE. (Attachments: # 1 Amicus Brief, # 2 Proposed Order)(Hajec, Christopher) (Entered: 05/21/2025) |
| 05/22/2025 | | MINUTE ORDER: The 48 Motion for Leave to File Amicus Brief is DENIED WITHOUT PREJUDICE. The Brief fails to comply with FRAP 29(a)(4), as required by LCvR 7(o). SO ORDERED. Signed by Judge Trevor N. McFadden on 5/22/2025. (lctnm3). (Entered: 05/22/2025) |
| 05/23/2025 | 49 | MOTION for Leave to File Amicus Brief*(Corrected)* by IMMIGRATION REFORM LAW INSTITUTE. (Attachments: # 1 Corrected Amicus Brief, # 2 Proposed Order)(Hajec, Christopher) (Entered: 05/23/2025) |
| 05/23/2025 | 50 | REPLY to opposition to motion re 42 Motion for Injunction,,,, filed by CASA, INC., COALITION FOR HUMANE IMMIGRANT RIGHTS, MAKE THE ROAD NEW YORK, UNITED FARM WORKERS OF AMERICA. (Lapointe, Michelle) (Entered: 05/23/2025) |
| 05/27/2025 | | MINUTE ORDER: The 49 Motion for Leave to File Amicus Brief by Immigration Reform Law Institute is GRANTED. The Clerk of Court is directed to docket the [49−1] amicus curiae brief. SO ORDERED. Signed by Judge Trevor N. McFadden on 5/27/2025. (lctnm3). (Entered: 05/27/2025) |
| 05/27/2025 | 51 | AMICUS BRIEF by IMMIGRATION REFORM LAW INSTITUTE. (mg) (Entered: 05/27/2025) |
| 05/27/2025 | 52 | NOTICE of Appearance by Anthony Enriquez on behalf of CASA, INC., COALITION FOR HUMANE IMMIGRANT RIGHTS, MAKE THE ROAD NEW YORK, UNITED FARM WORKERS OF AMERICA (Enriquez, Anthony) (Entered: 05/27/2025) |
| 06/02/2025 | | MINUTE ORDER: In light of the briefing submitted by the parties, the hearing on the 42 Motion for Injunction Pending Appeal scheduled for 6/6/2025 is VACATED as unnecessary. The Court will take the matter under advisement and issue a memorandum order in due course. SO ORDERED. Signed by Judge Trevor N. McFadden on 6/2/2025. (lctnm3). (Entered: 06/02/2025) |
| 06/12/2025 | 53 | MEMORANDUM ORDER denying Plaintiffs' 42 Motion for Injunction Pending Appeal. See attached Order for details. Signed by Judge Trevor N. McFadden on 6/12/2025. (lctnm3). (Entered: 06/12/2025) |
| 06/18/2025 | 54 | MOTION for Preliminary Injunction , MOTION to Stay by CASA, INC., COALITION FOR HUMANE IMMIGRANT RIGHTS, MAKE THE ROAD NEW |

| | | |
|---|---|---|
| | | YORK, UNITED FARM WORKERS OF AMERICA. (Winger, Emma) (Entered: 06/18/2025) |
| 06/18/2025 | 55 | MOTION to Expedite *Summary Judgment Briefing Schedule* by CASA, INC., COALITION FOR HUMANE IMMIGRANT RIGHTS, MAKE THE ROAD NEW YORK, UNITED FARM WORKERS OF AMERICA. (Attachments: # 1 Proposed Order)(Winger, Emma) (Entered: 06/18/2025) |
| 06/20/2025 | | NOTICE OF ERROR regarding 55 MOTION to Expedite *Summary Judgment Briefing Schedule*. Please note for future filings: Attorney signature− signature on document must match PACER login. (mg) (Entered: 06/20/2025) |
| 06/25/2025 | 56 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 53 Memorandum & Opinion by CASA, INC., COALITION FOR HUMANE IMMIGRANT RIGHTS, MAKE THE ROAD NEW YORK, UNITED FARM WORKERS OF AMERICA. Filing fee $ 605, receipt number ADCDC−11776560. Fee Status: Fee Paid. Parties have been notified. (Winger, Emma) (Entered: 06/25/2025) |
| 06/25/2025 | 57 | Unopposed MOTION for Extension of Time to File Response/Reply as to 54 MOTION for Preliminary Injunction MOTION to Stay by PAMELA J. BONDI, PETE R. FLORES, TODD M. LYONS, KRISTI NOEM, KIKA SCOTT, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. DEPARTMENT OF JUSTICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT. (Venguswamy, Kartik) (Entered: 06/25/2025) |
| 06/26/2025 | 58 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 56 Notice of Appeal to DC Circuit Court,. (mg) (Entered: 06/26/2025) |
| 06/26/2025 | 59 | STANDING ORDER Establishing Procedures for Cases Before Judge Trevor N. McFadden. The parties are hereby ORDERED to read and comply with the directives in the attached standing order. Signed by Judge Trevor N. McFadden on 6/26/2025. (lctnm3). (Entered: 06/26/2025) |
| 06/26/2025 | | MINUTE ORDER: The 57 Motion for Extension of Time is GRANTED. Counsel is advised that future extensions of time must be made prior to four days before the filing deadline. The Response to Plaintiffs 54 Motion for Preliminary Injunction are now due June 27, 2025. Any Reply by Plaintiffs shall be filed by July 7, 2025. SO ORDERED. Signed by Judge Trevor N. McFadden on 6/26/2025. (lctnm3). (Entered: 06/26/2025) |
| 06/26/2025 | | USCA Case Number 25−5233 for 56 Notice of Appeal to DC Circuit Court, filed by CASA, INC., UNITED FARM WORKERS OF AMERICA, COALITION FOR HUMANE IMMIGRANT RIGHTS, MAKE THE ROAD NEW YORK. (mg) (Entered: 06/27/2025) |
| 06/27/2025 | 60 | Memorandum in opposition to re 54 MOTION for Preliminary Injunction MOTION to Stay filed by PAMELA J. BONDI, PETE R. FLORES, TODD M. LYONS, KRISTI NOEM, KIKA SCOTT, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. DEPARTMENT OF JUSTICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT. (Venguswamy, Kartik) (Entered: 06/27/2025) |
| 06/30/2025 | 61 | REPLY to opposition to motion re 54 Motion for Preliminary Injunction, Motion to Stay filed by CASA, INC., COALITION FOR HUMANE IMMIGRANT RIGHTS, |

| | | |
|---|---|---|
| | | MAKE THE ROAD NEW YORK, UNITED FARM WORKERS OF AMERICA. (Winger, Emma) (Entered: 06/30/2025) |
| 07/08/2025 | 62 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 54 MOTION for Preliminary Injunction MOTION to Stay by CASA, INC., COALITION FOR HUMANE IMMIGRANT RIGHTS, MAKE THE ROAD NEW YORK, UNITED FARM WORKERS OF AMERICA. Filing fee $ 605, receipt number ADCDC−11801571. Fee Status: Fee Paid. Parties have been notified. (Winger, Emma) (Entered: 07/08/2025) |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.,* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Case No. 1:25-cv-00943-TNM |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.,* | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEAL FROM DENIAL OF INJUNCTIVE RELIEF**

PLEASE TAKE NOTICE that Plaintiffs Coalition for Humane Immigrant Rights, United Farmworkers of America, CASA, Inc., and Make the Road New York hereby appeal to the U.S. Court of Appeals for the District of Columbia Circuit from this Court's constructive denial of Plaintiffs' renewed motion for a stay under 5 U.S.C. § 705 or preliminary injunction (ECF No. 54).

Dated: July 8, 2025                              Respectfully submitted,

                                                 */s/ Emma Winger*
Lynn Damiano Pearson*                            Emma Winger (DC Bar No. 90010721)
Cassandra Charles*                               Michelle Lapointe (DC Bar No. 90032063)
Joanna Cuevas Ingram*                            Leslie K. Dellon (DC Bar No. 250316)
National Immigration Law Center                  Chris Opila (DC Bar No. 90029724)
P.O. Box 34573                                   American Immigration Council
Washington, D.C.  20043                          PMB2026
Tel: (213) 639-3900                              2001 L Street, NW, Suite 500
Fax: (213) 639-3911                              Washington, DC 20036
damianopearson@nilc.org                          Tel: (202) 507-7645
charles@nilc.org                                 ewinger@immcouncil.org
cuevasingram@nilc.org                            mlapointe@immcouncil.org
                                                 ldellon@immcouncil.org
                                                 copila@immcouncil.org

Jennifer R. Coberly (DDC Bar No. 90031302)
American Immigration Lawyers Association
1331 G. St. NW
Washington, DC 20005
Tel: (202) 507-7692
Jcoberly@AILA.org

Cody Wofsy (DDC Bar No. CA00103)
American Civil Liberties Union Foundation,
Immigrants' Rights Project
425 California St, 7th Floor
San Francisco, CA 94104
Tel: (415) 343-0770
cwofsy@aclu.org

Anthony Enriquez (DDC Bar No. NY0626)
Sarah T. Gillman (DDC Bar No. NY0316)
Robert F. Kennedy Human Rights
88 Pine Street, Suite 801
New York, NY 10005
(917) 284-6355
enriquez@rfkhumanrights.org
gillman@rfkhumanrights.org

Sarah E. Decker (DDC Bar No. NY0566)
Robert F. Kennedy Human Rights
1300 19th Street NW, Suite 750
Washington, DC 20036
(202) 559-4432
decker@rfkhumanights.org

*\* Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, et al.,<br>            *Plaintiffs*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br>                      *Defendants*. | Case No. 1:25-cv-00943 (TNM) |

**PLAINTIFFS' RENEWED MOTION FOR STAY UNDER 5 U.S.C. § 705 OR
PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE,
INJUNCTION PENDING APPEAL**

Plaintiffs respectfully renew their request for a preliminary injunction. While they recognize the Court already held it would deny a preliminary injunction even given its recent conclusion that they have demonstrated standing, Plaintiffs seek a formal denial order incorporating the Court's current reasoning to facilitate appellate review.

1.  This case is a challenge to an Interim Final Rule ("IFR") establishing a new system of universal noncitizen registration, breaking with 75 years of agency practice. *See* Order, ECF 27 at 2-4. Plaintiffs, four organizations with members who are required to register under the IFR, sued and sought a preliminary injunction and stay under 5 U.S.C. § 705. On April 10, this Court denied the motion, holding that Plaintiffs lacked standing to sue. *Id*. at 6-20. It did not address the other factors. *Id*.

Plaintiffs appealed and sought an injunction pending appeal from this Court on April 24. ECF No. 42. The Court declined to rule quickly, set a briefing schedule on the motion and scheduled a hearing for June 6. ECF No. 44.

1

Plaintiffs sought an injunction or stay from the Court of Appeals on May 2. No. 25-5152, Doc. No. 2114110. Given that this Court's decision turned entirely on standing, that issue was a central focus of briefing. *See id*. Doc. No. 2114110 at 6-14 (Plaintiffs' Motion); Doc. No. 2117122 at 10-15 (Opposition); Doc. No. 2118909 at 2-6 (Reply).

In the meantime, this Court issued an opinion denying the motion. ECF No. 53. In this Order, the Court concluded that "Plaintiffs have met their burden to show their members" have standing. *Id*. at 5. The Court concluded that the submission of individual declarations from members attesting to the facts reflected in the previously submitted organizational declaration "resolved the evidentiary issues" it had discerned in their original motion. *Id*. at 6. And the Court accepted Plaintiffs' explanation that "mere subjection to regulation confers a concrete injury." *Id*. at 6-7. That is, the Court resolved in Plaintiffs' favor the central issue that had been briefed before the Court of Appeals. No. 25-5152, Doc. No. 2114110 at 6-11.

However, the Court found that Plaintiffs failed to establish irreparable injury. ECF No. 53 at 7-12. The Court opined that Plaintiffs would have failed to establish such injury "even if this were a motion for preliminary injunction," but relied on the fact that the motion sought an injunction pending appeal to suggest that "the demand is higher still" in the current posture. *Id*. at 12.

Because the ground had shifted substantially since the parties briefed the motion pending before the Court of Appeals, Plaintiffs filed a motion to hold the current motion for injunction pending appeal in abeyance. *See* No. 25-5152, Doc. No. 2120804. They informed the Court of Appeals that they would be appealing this Court's denial of the injunction pending appeal, seeking a new preliminary injunction ruling, and seeking expedited summary judgment proceedings.

2

2. Plaintiffs hereby renew their request for a preliminary injunction or stay under 5 U.S.C. § 705. The Court's original denial order was based on a finding of lack of standing, but the Court has now determined that plaintiffs have standing to sue. The recent order denying an injunction pending appeal is grounded on the Court's conclusion that Plaintiffs lack irreparable injury, which was not addressed in the original order, from which the current appeal is pending.

Plaintiffs understand that this motion is a formality, as the Court has already indicated that it would deny a preliminary injunction on the same basis. ECF No. 53 at 12. But the procedural complexity of this case has led them to conclude it would be prudent to obtain a formal denial of a renewed preliminary injunction motion, reflecting or incorporating the Court's reasoning in its most recent opinion, to forestall any arguments or potential issues regarding the current appeal, appellate jurisdiction, and the appellate record. Because Plaintiffs have already briefed the issues and the court is familiar with them, Plaintiffs incorporate that briefing by reference in lieu of a new Statement of Points and Authorities. *See* ECF No. 4 (Motion for Stay or Injunction); ECF No. 14 (Opposition); ECF No. 20 (Reply).

Plaintiffs intend to renew their motion for an injunction or stay pending appeal before the Court of Appeals, addressing this Court's decision focused on irreparable injury. Because this Court has already denied a motion for injunction pending appeal, they do not believe it is necessary to renew that request as well. However, in an abundance of caution, Plaintiffs renew their motion for an injunction pending appeal pursuant to Fed. R. Civ. P. 8(a)(1)(C).

## <u>CONCLUSION</u>

The Court should grant a preliminary injunction or stay under 5 U.S.C. § 705 or, in the alternative, an injunction pending appeal.

Dated: June 18, 2025

Respectfully submitted,

*/s/ Michelle Lapointe*

Lynn Damiano Pearson*
Cassandra Charles*
Joanna Cuevas Ingram*
National Immigration Law Center
P.O. Box 34573
Washington, D.C. 20043
Tel: (213) 639-3900
Fax: (213) 639-3911
damianopearson@nilc.org
charles@nilc.org
cuevasingram@nilc.org

Michelle Lapointe (DC Bar No. 90032063)
Emma Winger (DC Bar No. 90010721)
Leslie K. Dellon (DC Bar No. 250316)
Chris Opila (DC Bar No. 90029724)
American Immigration Council
PMB2026
2001 L Street, NW, Suite 500
Washington, DC 20036
Tel: (202) 507-7645
ewinger@immcouncil.org
mlapointe@immcouncil.org
ldellon@immcouncil.org
copila@immcouncil.org

Cody Wofsy (DDC Bar No. CA00103)
American Civil Liberties Union Foundation,
Immigrants' Rights Project
425 California St, 7th Floor
San Francisco, CA 94104
Tel: (415) 343-0770
cwofsy@aclu.org

Jennifer R. Coberly (DDC Bar No. 90031302)
American Immigration Lawyers Association
1331 G. St. NW
Washington, DC 20005
Tel: (202) 507-7692
Jcoberly@AILA.org

Anthony Enriquez (DDC Bar No. NY0626)
Sarah T. Gillman (DDC Bar No. NY0316)
Robert F. Kennedy Human Rights
88 Pine Street, Suite 801
New York, NY 10005
(917) 284-6355
enriquez@rfkhumanrights.org
gillman@rfkhumanrights.org

Nicholas Katz**
CASA, Inc.
8151 15th Avenue
Hyattsville, MD 20783
Tel: (240) 491-5743
nkatz@wearecasa.org

Sarah E. Decker (DDC Bar No. NY0566)
Robert F. Kennedy Human Rights
1300 19th Street NW, Suite 750
Washington, DC 20036
(202) 559-4432
decker@rfkhumanights.org

* *Admitted Pro Hac Vice*
** *Pro Hac Vice application forthcoming*

4