UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COALITION FOR HUMANE IMMIGRANT RIGHTS**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**, et al.,<br><br>Defendants. | Case No. 1:25-cv-00943 (TNM) |

**ORDER**

Plaintiffs are advocacy organizations serving immigrant communities. Compl., ECF No. 1, at ¶¶ 6–13. They sue various Government officials in charge of enforcing immigration policy, seeking to halt implementation of a new alien registration scheme. Compl. at 33. Plaintiffs have been busy in this case. Previously, this Court denied their motion for a preliminary injunction and their motion for injunction pending appeal. *Coal. for Humane Immigrant Rts. v. U.S. Dep't of Homeland Sec.*, 2025 WL 1078776, at *10 (D.D.C. Apr. 10, 2025); *Coal. for Humane Immigrant Rts. v. U.S. Dep't of Homeland Sec.*, 2025 WL 1662910, at *6 (D.D.C. June 12, 2025). Undeterred, Plaintiffs have since filed another motion for preliminary injunction, which the Court has yet to decide. Mot. Prelim. Inj., ECF No. 54. Plaintiffs have appealed all three motions to the D.C. Circuit. *See* Not. Appeal I, ECF No. 41; Not. Appeal II, ECF No. 56; Not. Appeal III, ECF No. 62.

Plaintiffs now move to expedite future proceedings in this Court. But given the three appeals pending at the D.C. Circuit and to conserve judicial resources, the Court finds it prudent to stay proceedings here. Plaintiffs' [55] Motion to Expedite Summary Judgment Briefing

Schedule is accordingly **DENIED**, and this case is **STAYED** pending resolution of the appeals before the D.C. Circuit. The parties are further **ORDERED** to file a Joint Status Report within two weeks of the D.C. Circuit's resolution of the pending matters in this case.

    **SO ORDERED.**

Dated: July 10, 2025                                    TREVOR N. McFADDEN, U.S.D.J.