UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, et al., <br>     *Plaintiffs* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br>     *Defendants*. | Case No. 1:25-cv-00943 (TNM) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LIFT STAY

Upon consideration of Plaintiffs' Motion for to Lift Stay, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and it is further

**ORDERED** that the stay of this case is lifted.

**SO ORDERED** this ___ day of _____ 2025.

_____

The Honorable Trevor N. McFadden

United States District Judge