## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

COALITION FOR HUMANE
IMMIGRANT RIGHTS, et al.,
   *Plaintiffs*

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,
   *Defendants*.

Case No. 1:25-cv-00943 (TNM)

## NOTICE OF CHANGE OF ADDRESS

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Lynn Damiano Pearson, attorney for Plaintiffs, gives notice of a change of address. Please note that, effective immediately, the new address will be:

Lynn Damiano Pearson
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd., #108-62
Los Angeles, CA 90010

Please direct all future correspondence to the new address.

Dated: March 27, 2026    Respectfully submitted,

      /s/Lynn Damiano Pearson
      Lynn Damiano Pearson (D.D.C. Bar No. GA0057)
      NATIONAL IMMIGRATION LAW CENTER
      3450 Wilshire Blvd., #108-62
      Los Angeles, CA 90010
      Tel: (213) 639-3900
      Fax: (213) 639-3911
      damianopearson@nilc.org