UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00943 (TNM) |

## <u>SUBSTITUTION OF COUNSEL</u>

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Catherine J. Malycke and remove the appearance of Assistant United States Attorney Kartik Venguswamy as counsel for Defendants in the above-captioned case.

Dated: April 2, 2026

Respectfully submitted,

By: __*/s/ Catherine J. Malycke*_____
CATHERINE J. MALYCKE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone: (202) 809-3495
Email: catherine.malycke@usdoj.gov

*Attorney for the United States of America*