**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COALITION FOR HUMANE IMMIGRANT RIGHTS, et al.,
*Plaintiffs*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,
*Defendants*.

Case No. 1:25-cv-00943 (TNM)

## NOTICE OF VOLUNTARY DISMISSAL

On March 12, 2025, Defendants issued an Interim Final Rule (IFR), U.S. Citizenship & Immigration Servs., Alien Registration Form and Evidence of Registration, 90 Fed. Reg. 11793 (Mar. 12, 2025). Plaintiffs filed their complaint challenging that IFR on March 31, 2025, and sought a motion for preliminary injunction or stay under 5 U.S.C. § 705. ECF Nos. 1, 4. The Court denied that motion on April 10, 2025. ECF No. 27. Plaintiffs appealed the order denying a preliminary injunction and stay to the U.S. Court of Appeals for D.C. Circuit. ECF No. 41. After briefing and oral argument at the D.C. Circuit, Defendants issued a Final Rule (Alien Registration Form and Evidence of Registration, 91 Fed. Reg. 39248 (June 29, 2026)). The parties filed a stipulation of voluntary dismissal of the D.C. Circuit appeal under Federal Rule of Appellate Procedure 42. The D.C. Circuit issued an order directing the clerk to dismiss the case as moot on August 6, 2026.

Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: October 21, 2026

Respectfully submitted,

*/s/ Michelle Lapointe*
Michelle Lapointe (DC Bar No. 90032063)
Emma Winger (DC Bar No. 90010721)
Leslie K. Dellon (DC Bar No. 250316)
Chris Opila (DC Bar No. 90029724)
American Immigration Council
PMB2026
2001 L Street, NW, Suite 500
Washington, DC 20036
Tel: (202) 507-7645
ewinger@immcouncil.org
mlapointe@immcouncil.org
ldellon@immcouncil.org
copila@immcouncil.org

Cody Wofsy (DDC Bar No. CA00103)
Stephen B. Kang (DDC Bar No. CA00090)
American Civil Liberties Union Foundation,
Immigrants' Rights Project
425 California St, 7th Floor
San Francisco, CA 94104
Tel: (415) 343-0770
cwofsy@aclu.org
skang@aclu.org

Anthony Enriquez* (NY Bar No. 5211404)
Sarah T. Gillman (DDC Bar No. NY0316)
Robert F. Kennedy Human Rights
88 Pine Street, Suite 801
New York, NY 10005
(917) 284-6355
enriquez@rfkhumanrights.org
gillman@rfkhumanrights.org

Sarah E. Decker (DDC Bar No. NY0566)
Robert F. Kennedy Human Rights
1300 19th Street NW, Suite 750
Washington, DC 20036
(202) 559-4432
decker@rfkhumanights.org

Lynn Damiano Pearson*
National Immigration Law Center
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
damianopearson@nilc.org

Cassandra Charles*
Joanna Cuevas Ingram*
National Immigration Law Center
P.O. Box 34573
Washington, D.C. 20043
Tel: (213) 639-3900
Fax: (213) 639-3911
charles@nilc.org
cuevasingram@nilc.org

Jennifer R. Coberly (DC Bar No. 90031302)*
American Immigration Lawyers Association
1331 G. St. NW
Washington, DC 20005
Tel: (202) 507-7692
Jcoberly@AILA.org

**Admitted pro hac vice*